# U.S. Bankruptcy Court
# California Northern Bankruptcy Court (San Francisco)
# Adversary Proceeding #: 25–03021

*Assigned to:* Judge Dennis Montali  
*Lead BK Case:* 23–30564  
*Lead BK Title:* The Roman Catholic Archbishop of San Francisco  
*Lead BK Chapter:* 11  
*Demand:*  
  *Nature[s] of Suit:* 91 Declaratory judgment

*Date Filed:* 05/06/25

*Plaintiff*  
––––––––––––––––––––––––

**The Official Committee Of Unsecured Creditors**  
c/o Pachulski Stang Ziehl and Jones LLP  
One Sansome Street, 34th Floor  
Suite 3430  
San Francisco, CA 94104–4436

represented by

**Gillian Nicole Brown**  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd.  
Ste 13th Floor  
Los Angeles, CA 90067  
310–277–6910  
Fax : 310–201–0760  
Email: gbrown@pszjlaw.com

**Michael L. Cohen**  
Pachulski Stang Ziehl & Jones LLP  
One Sansome Street, 34th Floor  
Suite 3430  
San Francisco, CA 94104–4436  
(415) 263–7000

**Gail S. Greenwood**  
Pachulski Stang Ziehl & Jones LLP  
One Sansome Street  
34th Floor, Suite 3430  
San Francisco, CA 94104–4436  
415–263–7000  
Email: ggreenwood@pszjlaw.com

**Brittany Mitchell Michael**  
Pachulski Stang Ziehl & Jones LLP  
One Sansome Street, 34th Floor  
Suite 3430  
San Francisco, CA 94104–4436  
310–488–8144  
Email: bmichael@pszjlaw.com

**James I. Stang**  
Pachulski Stang Ziehl & Jones LLP  
One Sansome Street, 34th Floor  
Suite 3430  
San Francisco, CA 94104–4436  
310–277–6910

Fax : 310–201–0760
Email: jstang@pszjlaw.com
*LEAD ATTORNEY*


V.

*Defendant*

————————————————
**The Roman Catholic Archbishop of San Francisco,** *The Roman Catholic Archbishop of San Francisco*
c/o Sheppard Mullin
Four Embarcadero Center
Seventeenth Floor
Attn: Ori Katz & Jennifer Nassiri
San Francisco, CA 94111

represented by

**Ori Katz**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415)434–9100
Email: okatz@sheppardmullin.com

**Jeannie Kim**
Sheppard Mullin Richter Hampton LLP
Four Embarcadero Center 17th Fl
San Francisco, CA 94111
Email: jkim@sheppardmullin.com

**Mikayla Kutsuris**
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall
Ste 2250
Sacramento
Sacramento, CA 95814
916–329–7400
Email: mkutsuris@ffwplaw.com

**Paul J. Pascuzzi**
Felderstein Fitzgerald et al LLP
500 Capitol Mall #2250
Sacramento, CA 95814
(916) 329–7400
Email: ppascuzzi@ffwplaw.com


*Defendant*

————————————————
**Holy Cross Catholic Cemeteries,** *Holy Cross Catholic Cemeteries*
c/o Wilke Fleury
621 Capitol Mall
Sacramento, CA 95814

represented by

**Daniel Lloyd Egan**
Wilke Fleury LLP
621 Capitol Mall
Suite 900
Sacramento, CA 95814
916–441–2430
Fax : 916–442–6664
Email: degan@wilkefleury.com

**Steven John Williamson**
Wilke Fleury LLP
621 Capitol Mall
Suite 900
Sacramento, CA 95814
916–441–2430
Fax : 916–442–6664
Email: swilliamson@wilkefleury.com


*Defendant*

————————————————

C

**Saint Mary Magdalene Catholic Cemetery,** *Saint Mary Magdalene Catholic Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Sacramento, CA 95814

represented by

**Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
────────────────────────

**Mt. Olivet Cemetery,** *Mt. Olivet Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Suite 900
Attn: Steven Williamson & Daniel Egan
Sacramento, CA 95814

represented by

**Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
────────────────────────

**Our Lady of Pillar Cemetery,** *Our Lady of Pillar Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Suite 900
Attn: Steven Williamson & Daniel Egan
Sacramento, CA 95814

represented by

**Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
────────────────────────

**Tomales Catholic Cemetery,** *Tomales Catholic Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Suite 900
Attn: Steven Williamson & Daniel Egan
Sacramento, CA 95814

represented by

**Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
────────────────────────

**Archbishop Riordan High School,** *Archbishop Riordan High School*
c/o Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

represented by

**Julie H. Rome–Banks**
Binder Malter Harris & Rome–Banks LLP
2775 Park Ave
Santa Clara, CA 95050
408–295–1700
Email: julie@bindermalter.com

*Defendant*
────────────────────────

**Sacred Heart Cathedral Preparatory,** *Sacred Heart Cathedral Preparatory*
c/o McDermott Will & Emery
One Vanderbilt Avenue

represented by

**Jason D. Strabo**
McDermott Will & Schulte LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067–3206
(310) 488–4125

Attn: Lisa A. Linsky
New York, NY 10017

Email: jstrabo@mwe.com

*Defendant*
————————————————————

**Marin Catholic High School,**
*Marin Catholic High School*
c/o Binder & Malter LLP
2775 Park Avenue
Attn: Robert Harris
Santa Clara, CA 95050

represented **Julie H. Rome–Banks**
by (See above for address)

*Defendant*
————————————————————

**Junipero Serra High School,**
*Junipero Serra High School*
c/o Binder & Malter LLP
2775 Park Avenue
Attn: Robert Harris
Santa Clara, CA 95050

represented **Julie H. Rome–Banks**
by (See above for address)

*Defendant*
————————————————————

**Vallombrosa Retreat Center,**
*Vallombrosa Retreat Center*
250 Oak Grove Ave
Menlo Park, CA 94025

represented **Peter C. Califano**
by Niesar and Vestal, LLP
90 New Montgomery Street, 9th Floor
San Francisco, CA 94105
415–882–5300
Fax : 415–882–5400
Email: pcalifano@nvlawllp.com

*Defendant*
————————————————————

**Serra Clergy House,** *Serra Clergy House*
455 W. 20th Street
San Mateo, CA 94403

represented **Serra Clergy House**
by PRO SE

*Defendant*
————————————————————

**All Souls Parish,** *All Souls Parish*
315 Walnut Ave.
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **All Souls Parish**
by PRO SE

*Defendant*
————————————————————

**All Souls,** *All Souls*
479 Miller Ave.
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **All Souls**
by PRO SE

*Defendant*
————————————————————

**Assumption Church,** *Assumption Church*
26825 Main St.
Tomales, CA 94971
*TERMINATED: 09/04/2025*

represented **Assumption Church**
by PRO SE

*Defendant*
————————————————

**Cathedral of St. Mary of the Assumption**
1111 Gough St.
San Francisco, CA 94109

represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701–1611
520–629–4427
Fax : 520–622–3088
Email: Robert.Charles@wbd–us.com

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602–262–5316
Fax : 602–262–5747
Email: Katie.Rios@wbd–us.com

*Defendant*
————————————————

**Church of the Epiphany,** *Church of the Epiphany*
827 Vienna St.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **Church of the Epiphany**
by PRO SE

*Defendant*
————————————————

**Epiphany School,** *Epiphany School*
600 Italy Ave.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **Epiphany School**
by PRO SE

*Defendant*
————————————————

**Church of the Nativity**
210 Oak Grove Ave.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **Church of the Nativity**
by PRO SE

*Defendant*
————————————————

**Nativity**
1250 Laurel St.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **Nativity**
by PRO SE

*Defendant*
————————————————————
**Church of the Nativity**
240 Fell St.
San Francisco, CA 94102
*TERMINATED: 09/04/2025*

represented **Church of the Nativity**
    by PRO SE


*Defendant*
————————————————————
**Church of the Visitation**
655 Sunnydale Ave.
San Francisco, CA 94134
*TERMINATED: 09/05/2025*

represented **Church of the Visitation**
    by PRO SE


*Defendant*
————————————————————
**Our Lady of the Visitation**
785 Sunnydale Ave.
San Francisco, CA 94134
*TERMINATED: 09/05/2025*

represented **Our Lady of the Visitation**
    by PRO SE


*Defendant*
————————————————————
**Corpus Christi Parish**
62 Santa Rosa Ave.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **Corpus Christi Parish**
    by PRO SE


*Defendant*
————————————————————
**Good Shepherd Church,** *Good Shepherd Church*
901 Oceana Blvd.
Pacifica, CA 94044
*TERMINATED: 09/04/2025*

represented **Good Shepherd Church**
    by PRO SE


*Defendant*
————————————————————
**Good Shepherd,** *Good Shepherd*
909 Oceana Blvd.
Pacifica, CA 94044
*TERMINATED: 09/04/2025*

represented **Good Shepherd**
    by PRO SE


*Defendant*
————————————————————
**Holy Angels Parish**
107 San Pedro Rd.
Colma, CA 94014
*TERMINATED: 09/04/2025*

represented **Holy Angels Parish**
    by PRO SE


*Defendant*
————————————————————
**Holy Angels**

represented **Holy Angels**

20 Reiner St.
Colma, CA 94014
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
———————————————————————
**Holy Name of Jesus Parish**
1555 39th Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **Holy Name of Jesus Parish**
by PRO SE

*Defendant*
———————————————————————
**Holy Name of Jesus**
1560 40th Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **Holy Name of Jesus**
by PRO SE

*Defendant*
———————————————————————
**Holy Name Preschool**
1560 40th Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **Holy Name Preschool**
by PRO SE

*Defendant*
———————————————————————
**Immaculate Heart of Mary Church**
1040 Alameda de las Pulgas
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **Immaculate Heart of Mary Church**
by PRO SE

*Defendant*
———————————————————————
**Immaculate Heart of Mary**
1000 Alameda de las Pulgas
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **Immaculate Heart of Mary**
by PRO SE

*Defendant*
———————————————————————
**Immaculate Heart of Mary Preschool**
1000 Alameda de las Pulgas
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **Immaculate Heart of Mary Preschool**
by PRO SE

*Defendant*
———————————————————————
**Mater Dolorosa Parish**
307 Willow Ave.
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **Mater Dolorosa Parish**
by PRO SE

*Defendant*
_____

**Mission Dolores Basilica**
3321 16th St.
San Francisco, CA 94114

represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____

**Most Holy Redeemer Parish**
100 Diamond St.
San Francisco, CA 94114
*TERMINATED: 09/04/2025*

represented **Most Holy Redeemer Parish**
by PRO SE


*Defendant*
_____

**National Shrine of St. Francis**
610 Vallejo St.
San Francisco, CA 94133
*TERMINATED: 09/05/2025*

represented **National Shrine of St. Francis**
by PRO SE


*Defendant*
_____

**Notre Dame des Victoires**
566 Bush St.
San Francisco, CA 94108
*TERMINATED: 09/04/2025*

represented **Notre Dame des Victoires**
by PRO SE


*Defendant*
_____

**Notre Dame des Victoires**
659 Pine St.
San Francisco, CA 94108
*TERMINATED: 09/04/2025*

represented **Notre Dame des Victoires**
by PRO SE


*Defendant*
_____

**Old St. Marys Parish**
660 California St.
San Francisco, CA 94108
*TERMINATED: 09/04/2025*

represented **Old St. Marys Parish**
by PRO SE


*Defendant*
_____

**Our Lady of Angels Parish**
1721 Hillside Dr.
Burlingame, CA 94010
*TERMINATED: 09/04/2025*

represented **Our Lady of Angels Parish**
by PRO SE


*Defendant*

————————————————————————
**Our Lady of Angels**
1328 Cabrillo Ave.
Burlingame, CA 94010
*TERMINATED: 09/04/2025*

represented **Our Lady of Angels**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Angels Preschool**
1341 Cortez Ave.
Burlingame, CA 94010
*TERMINATED: 09/04/2025*

represented **Our Lady of Angels Preschool**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Fatima**
5920 Geary Blvd.
San Francisco, CA 94121
*TERMINATED: 09/04/2025*

represented **Our Lady of Fatima**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Guadalupe Mission**
285 Alvarado St.
Brisbane, CA 94005
*TERMINATED: 09/04/2025*

represented **Our Lady of Guadalupe Mission**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Loretto Parish**
1806 Novato Blvd.
Novato, CA 94947
*TERMINATED: 09/04/2025*

represented **Our Lady of Loretto Parish**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Loretto**
1811 Virginia Ave
Novato, CA 94947
*TERMINATED: 09/04/2025*

represented **Our Lady of Loretto**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Lourdes**
410 Hawes St.
San Francisco, CA 94124
*TERMINATED: 09/04/2025*

represented **Our Lady of Lourdes**
by PRO SE


*Defendant*
————————————————————————
**Our Lady of Mercy Parish**
1 Elmwood Dr.
Daly City, CA 94015
*TERMINATED: 09/04/2025*

represented **Our Lady of Mercy Parish**
by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Mercy**
7 Elmwood Dr.
Daly City, CA 94015
*TERMINATED: 09/04/2025*

represented **Our Lady of Mercy**
  by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Mt. Carmel Church**
300 Fulton St.
Redwood City, CA 94062
*TERMINATED: 09/05/2025*

represented **Our Lady of Mt. Carmel Church**
  by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Mount Carmel**
301 Grand St.
Redwood City, CA 94062
*TERMINATED: 09/05/2025*

represented **Our Lady of Mount Carmel**
  by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Mt. Carmel
Church–Mill Valley**
3 Oakdale Ave.
Mill Valley, CA 94941
*TERMINATED: 09/05/2025*

represented **Our Lady of Mt. Carmel Church–Mill Valley**
  by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Perpetual Help
Parish**
60 Wellington Ave.
Daly City, CA 94014
*TERMINATED: 09/05/2025*

represented **Our Lady of Perpetual Help Parish**
  by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Perpetual Help**
80 Wellington Ave.
Daly City, CA 94014
*TERMINATED: 09/05/2025*

represented **Our Lady of Perpetual Help**
  by PRO SE

*Defendant*

──────────────────────────
**Our Lady of Refuge Mission**
146 Sears Ranch Rd.
La Honda, CA 94020

represented **Robert M Charles, Jr**
  by (See above for address)

   **Kathleen Mary Derrig Rios**
   (See above for address)

*Defendant*

----------------------

**Our Lady of the Pillar Parish**           represented **Our Lady of the Pillar Parish**
400 Church St.                                       by PRO SE
Half Moon Bay, CA 94019
*TERMINATED: 09/05/2025*


*Defendant*

----------------------

**Sacred Heart/St. Mary Magdalene**   represented **Sacred Heart/St. Mary Magdalene**
10189 CA−1                                           by PRO SE
Olema, CA 94950
*TERMINATED: 09/05/2025*


*Defendant*

----------------------

**Saints Peter & Paul Parish,** *Saints*   represented **Saints Peter & Paul Parish**
*Peter & Paul Parish*                               by PRO SE
666 Filbert St.
San Francisco, CA 94133
*TERMINATED: 09/03/2025*


*Defendant*

----------------------

**Saints Peter & Paul School,** *Saints*   represented **Saints Peter & Paul School**
*Peter & Paul School*                               by PRO SE
660 Filbert St.
San Francsico, CA 94133
*TERMINATED: 09/03/2025*


*Defendant*

----------------------

**St. Agnes Parish**                            represented **St. Agnes Parish**
1025 Masonic Ave.                                   by PRO SE
San Fancisco, CA 94117
*TERMINATED: 09/05/2025*


*Defendant*

----------------------

**St. Andrew Catholic Church**           represented **St. Andrew Catholic Church**
1571 Southgate Ave.                                 by PRO SE
Daly City, CA 94015
*TERMINATED: 09/05/2025*


*Defendant*

----------------------

**St. Anne**                                    represented **St. Anne**
850 Judah St.                                       by PRO SE
San Francisco, CA 94122
*TERMINATED: 09/05/2025*


*Defendant*

----------------------

**St. Anne**
1320 14th Ave.
San Francisco, CA 94122
*TERMINATED: 09/05/2025*

represented **St. Anne**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anselm Parish**
97 Shady Ln.
Ross, CA 94957
*TERMINATED: 09/05/2025*

represented **St. Anselm Parish**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anselm**
40 Belle Ave.
Ross, CA 94957
*TERMINATED: 09/05/2025*

represented **St. Anselm**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anthony Mission,** *St. Anthony Mission*
696 North St.
Pescadero, CA 94060
*TERMINATED: 09/05/2025*

represented **St. Anthony Mission**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anthony of Padua Parish,** *St. Anthony of Padua Parish*
1000 Cambridge St.
Novato, CA 94947
*TERMINATED: 09/05/2025*

represented **St. Anthony of Padua Parish**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anthony Parish,** *St. Anthony Parish*
3500 Middlefield Rd.
Menlo Park, CA 94025
*TERMINATED: 09/05/2025*

represented **St. Anthony Parish**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anthony Parish,** *St. Anthony Parish*
3215 Cesar Chavez St.
San Francisco, CA 94110
*TERMINATED: 09/05/2025*

represented **St. Anthony Parish**
by PRO SE

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−−

**St. Anthony,** *St. Anthony*

represented **St. Anthony**

299 Precita Ave.
San Francsico, CA 94110
*TERMINATED: 09/05/2025*

*Defendant*
————————————————————————

**St. Augustine Parish,** *St. Augustine Parish*
3700 Callan Blvd.
South San Francisco, CA 94080
*TERMINATED: 09/05/2025*

represented **St. Augustine Parish**
by PRO SE

*Defendant*
————————————————————————

**St. Bartholomew Parish,** *St. Bartholomew Parish*
300 Alameda de las Pulgas
San Mateo, CA 94808
*TERMINATED: 09/05/2025*

represented **St. Bartholomew Parish**
by PRO SE

*Defendant*
————————————————————————

**St. Benedict Parish,** *St. Benedict Parish*
1801 Octavia St.
San Francisco, CA 94109
*TERMINATED: 09/05/2025*

represented **St. Benedict Parish**
by PRO SE

*Defendant*
————————————————————————

**St. Boniface Parish,** *St. Boniface Parish*
133 Golden Gate Ave.
San Francisco, CA 94102
*TERMINATED: 09/05/2025*

represented **St. Boniface Parish**
by PRO SE

*Defendant*
————————————————————————

**St. Brendan Parish,** *St. Brendan Parish*
29 Rockaway Ave.
San Francisco, CA 94127
*TERMINATED: 09/05/2025*

represented **St. Brendan Parish**
by PRO SE

*Defendant*
————————————————————————

**St. Brendan,** *St. Brendan*
940 Laguna Honda Blvd.
San Francisco, CA 94127
*TERMINATED: 09/05/2025*

represented **St. Brendan**
by PRO SE

*Defendant*
————————————————————————

**St. Brigid,** *St. Brigid*

represented **St. Brigid**

2250 Franklin St.                              by PRO SE
San Francisco, CA 94109
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Bruno Parish,** *St. Bruno Parish*   represented  **St. Bruno Parish**
555 San Bruno Ave. W.                          by PRO SE
San Bruno, CA 94066
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Catherine of Siena Parish,** *St.*   represented  **St. Catherine of Siena Parish**
*Catherine of Siena Parish*                    by PRO SE
1310 Bayswater Ave.
Burlingame, CA 94010
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Catherine of Siena,** *St.*   represented  **St. Catherine of Siena**
*Catherine of Siena*                           by PRO SE
1300 Bayswater Ave.
Burlingame, CA 94010
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Cecilia's Lagunitas,** *St.*   represented  **St. Cecilia's Lagunitas**
*Cecilia's Lagunitas*                          by PRO SE
450 West Cintura Ave.
Lagunitas, CA 94938
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Cecilia Parish,** *St. Cecilia*   represented  **St. Cecilia Parish**
*Parish*                                       by PRO SE
2555 17th Ave.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Cecilia,** *St. Cecilia*   represented  **St. Cecilia**
660 Vicente St.                                by PRO SE
San Francisco, CA 94116
*TERMINATED: 09/05/2025*


*Defendant*
——————————————————————
**St. Charles,** *St. Charles*   represented  **St. Charles**
880 Tamarack Ave.                              by PRO SE

San Carlos, CA 94070
*TERMINATED: 09/05/2025*


*Defendant*
––––––––––––––––––––––
**St. Charles,** *St. Charles School*
850 Tamarack Ave.
San Carlos, CA 94070
*TERMINATED: 09/05/2025*

represented **St. Charles**
by PRO SE


*Defendant*
––––––––––––––––––––––
**St. Charles Borromeo,** *St. Charles Borromeo*
713 South Van Ness Ave.
San Francisco, CA 94110
*TERMINATED: 09/05/2025*

represented **St. Charles Borromeo**
by PRO SE


*Defendant*
––––––––––––––––––––––
**St. Denis Parish,** *St. Denis Parish*
2250 Avy Ave.
Menlo Park, CA 94025
*TERMINATED: 09/05/2025*

represented **St. Denis Parish**
by PRO SE


*Defendant*
––––––––––––––––––––––
**St. Dominic,** *St. Dominic*
2390 Bush St.
San Francisco, CA 94115
*TERMINATED: 09/05/2025*

represented **St. Dominic**
by PRO SE


*Defendant*
––––––––––––––––––––––
**St. Dunstan Parish,** *St. Dunstan Parish*
1133 Broadway Ave.
Millbrae, CA 94030
*TERMINATED: 09/05/2025*

represented **St. Dunstan Parish**
by PRO SE


*Defendant*
––––––––––––––––––––––
**St. Dunstan,** *St. Dunstan*
1150 Magnolia Ave.
Millbrae, CA 94030
*TERMINATED: 09/05/2025*

represented **St. Dunstan**
by PRO SE


*Defendant*
––––––––––––––––––––––
**St. Elizabeth Parish,** *St. Elizabeth Parish*
459 Somerset St.
San Francisco, CA 94134
*TERMINATED: 09/05/2025*

represented **St. Elizabeth Parish**
by PRO SE

*Defendant*

––––––––––––––––––––––––
**St. Emydius Parish,** *St. Emydius Parish*
286 Ashton Ave.
San Francisco, CA 94112
*TERMINATED: 09/05/2025*

represented **St. Emydius Parish**
      by PRO SE


*Defendant*

––––––––––––––––––––––––
**St. Finn Barr Parish,** *St. Finn Barr Parish*
415 Edna St.
San Francisco, CA 94112
*TERMINATED: 09/05/2025*

represented **St. Finn Barr Parish**
      by PRO SE


*Defendant*

––––––––––––––––––––––––
**St. Finn Barr,** *St. Finn Barr*
419 Hearst Ave.
San Francisco, CA 94112
*TERMINATED: 09/05/2025*

represented **St. Finn Barr**
      by PRO SE


*Defendant*

––––––––––––––––––––––––
**St. Francis of Assisi Parish**
1425 Bay Rd.
East Palo Alto, CA 94303
*TERMINATED: 09/05/2025*

represented **St. Francis of Assisi Parish**
      by PRO SE


*Defendant*

––––––––––––––––––––––––
**St. Gabriel Parish,** *St. Gabriel Parish*
2559 40th Ave.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*

represented **St. Gabriel Parish**
      by PRO SE


*Defendant*

––––––––––––––––––––––––
**St. Gabriel,** *St. Gabriel*
2550 41st Ave.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*

represented **St. Gabriel**
      by PRO SE


*Defendant*

––––––––––––––––––––––––
**St. Gregory Parish,** *St. Gregory Parish*
2715 Hacienda St.
San Mateo, CA 94403
*TERMINATED: 09/05/2025*

represented **St. Gregory Parish**
      by PRO SE

*Defendant*
————————————————————————
**St. Gregory,** *St. Gregory*
2701 Hacienda St.
San Mateo, CA 94403
*TERMINATED: 09/05/2025*

represented **St. Gregory**
by PRO SE


*Defendant*
————————————————————————
**St. Hilary Parish,** *St. Hilary Parish*
761 Hilary Dr.
Tiburon, CA 94920
*TERMINATED: 09/05/2025*

represented **St. Hilary Parish**
by PRO SE


*Defendant*
————————————————————————
**St. Hilary,** *St. Hilary*
765 Hilary Dr.
Tiburon, CA 94920
*TERMINATED: 09/05/2025*

represented **St. Hilary**
by PRO SE


*Defendant*
————————————————————————
**St. Ignatius Parish,** *St. Ignatius Parish*
650 Parker Ave.
San Francisco, CA 94118
*TERMINATED: 09/05/2025*

represented **St. Ignatius Parish**
by PRO SE


*Defendant*
————————————————————————
**St. Isabella Parish,** *St. Isabella Parish*
1 Trinity Way
San Rafael, CA 94903
*TERMINATED: 09/04/2025*

represented **St. Isabella Parish**
by PRO SE


*Defendant*
————————————————————————
**St. Isabella,** *St. Isabella*
1 Trinity Way
San Rafael, CA 94903
*TERMINATED: 09/04/2025*

represented **St. Isabella**
by PRO SE


*Defendant*
————————————————————————
**St. James Parish,** *St. James Parish*
1086 Guerrero St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. James Parish**
by PRO SE


*Defendant*
————————————————————————

**St. James,** *St. James*
321 Fair Oaks St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. James**
by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. John of God Parish,** *St. John of* represented **St. John of God Parish**
*God Parish*
1290 Fifth Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. John the Evangelist Parish,** *St.* represented **St. John the Evangelist Parish**
*John the Evangelist Parish*
19 Saint Marys Ave.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. John the Evangelist,** *St. John* represented **St. John the Evangelist**
*the Evangelist*
925 Chenery St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. Kevin Parish,** *St. Kevin Parish* represented **St. Kevin Parish**
704 Cortland Ave.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. Lukes Catholic Church,** *St.* represented **St. Lukes Catholic Church**
*Lukes Catholic Church*
1111 Beach Park Blvd.
Foster City, CA 94404
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. Mark's Parish,** *St. Mark's* represented **St. Mark's Parish**
*Parish*
325 Marine View Ave.
Belmont, CA 94002
*TERMINATED: 09/04/2025*

by PRO SE

*Defendant*
––––––––––––––––––––––––

**St. Mary Star of the Sea,** *St. Mary Star of the Sea*
180 Harrison Ave.
Sausalito, CA 94965
*TERMINATED: 09/04/2025*

represented **St. Mary Star of the Sea**
by PRO SE

*Defendant*
————————————————————

**St. Matthew Parish,** *St. Matthew Parish*
1 Notre Dame Ave.
San Mateo, CA 94402
*TERMINATED: 09/04/2025*

represented **St. Matthew Parish**
by PRO SE

*Defendant*
————————————————————

**St. Matthew,** *St. Matthew*
910 South El Camino Real
San Mateo, CA 94402
*TERMINATED: 09/04/2025*

represented **St. Matthew**
by PRO SE

*Defendant*
————————————————————

**St. Matthias Parish,** *St. Matthias Parish*
1685 Cordilleras Rd.
Redwood City, CA 94062
*TERMINATED: 09/04/2025*

represented **St. Matthias Parish**
by PRO SE

*Defendant*
————————————————————

**St. Matthias Preschool,** *St. Matthias Preschool*
533 Canyon Rd.
Redwood City, CA 94062
*TERMINATED: 09/04/2025*

represented **St. Matthias Preschool**
by PRO SE

*Defendant*
————————————————————

**St. Michaels Korean Church,** *St. Michaels Korean Church*
32 Broad St.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **St. Michaels Korean Church**
by PRO SE

*Defendant*
————————————————————

**St. Monica,** *St. Monica*
470 24th Ave.
San Francisco, CA 94121
*TERMINATED: 09/04/2025*

represented **St. Monica**
by PRO SE

*Defendant*
————————————————————

**St. Monica,** *St. Monica School*
3835 Geary Blvd.
San Francisco, CA 94121
*TERMINATED: 09/04/2025*

represented **St. Monica**
by PRO SE


*Defendant*
————————————————

**St. Patrick Larkspur,** *St. Patrick Larkspur*
114 King St.
Larkspur, CA 94939
*TERMINATED: 09/04/2025*

represented **St. Patrick Larkspur**
by PRO SE


*Defendant*
————————————————

**St. Patrick,** *St. Patrick*
120 King St.
Larkspur, CA 94939
*TERMINATED: 09/04/2025*

represented **St. Patrick**
by PRO SE


*Defendant*
————————————————

**St. Patrick Thrift Shop,** *St. Patrick Thrift Shop*
457 Magnolia Ave.
Larkspur, CA 94939
*TERMINATED: 09/04/2025*

represented **St. Patrick Thrift Shop**
by PRO SE


*Defendant*
————————————————

**St. Patricks Church,** *St. Patricks Church*
756 Mission St.
San Francisco, CA 94103
*TERMINATED: 09/04/2025*

represented **St. Patricks Church**
by PRO SE


*Defendant*
————————————————

**St. Paul of the Shipwreck,** *St. Paul of the Shipwreck*
1122 Jamestown Ave.
San Francisco, CA 94124
*TERMINATED: 09/04/2025*

represented **St. Paul of the Shipwreck**
by PRO SE


*Defendant*
————————————————

**St. Paul Parish,** *St. Paul Parish*
221 Valley St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

represented **St. Paul Parish**
by PRO SE


*Defendant*
————————————————

**St. Paul,** *St. Paul*

represented **St. Paul**

1690 Church St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

---

*Defendant*
––––––––––––––––––––––––––
**St. Paul Preschool,** *St. Paul*
*Preschool*
1690 Church St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

represented **St. Paul Preschool**
    by PRO SE

---

*Defendant*
––––––––––––––––––––––––––
**St. Peter,** *St. Peter*
1200 Florida St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. Peter**
    by PRO SE

---

*Defendant*
––––––––––––––––––––––––––
**St. Peter,** *St. Peter School*
1266 Florida St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. Peter**
    by PRO SE

---

*Defendant*
––––––––––––––––––––––––––
**St. Peter Parish,** *St. Peter Parish*
700 Oddstad Blvd.
Pacifica, CA 94044
*TERMINATED: 09/04/2025*

represented **St. Peter Parish**
    by PRO SE

---

*Defendant*
––––––––––––––––––––––––––
**St. Philip the Apostle,** *St. Philip*
*the Apostle*
725 Diamond St.
San Francisco, CA 94114
*TERMINATED: 09/04/2025*

represented **St. Philip the Apostle**
    by PRO SE

---

*Defendant*
––––––––––––––––––––––––––
**St. Philip the Apostle School,** *St.*
*Philip the Apostle School*
665 Elizabeth St.
San Francisco, CA 94114
*TERMINATED: 09/04/2025*

represented **St. Philip the Apostle School**
    by PRO SE

---

*Defendant*
––––––––––––––––––––––––––
**St. Pius Parish,** *St. Pius Parish*
1100 Woodside Rd.
Redwood City, CA 94061

represented **St. Pius Parish**
    by PRO SE

**Defendant**
––––––––––––––––––––––––

**St. Pius,** *St. Pius*
1100 Woodside Rd.
Redwood City, CA 94061
*TERMINATED: 09/04/2025*

represented **St. Pius**
    by PRO SE


**Defendant**
––––––––––––––––––––––––

**St. Raphael Parish,** *St. Raphael Parish*
1104 Fifth Ave.
San Rafael, CA 94901
*TERMINATED: 09/04/2025*

represented **St. Raphael Parish**
    by PRO SE


**Defendant**
––––––––––––––––––––––––

**St. Raphael,** *St. Raphael*
1100 Fifth Ave.
San Rafael, CA 94901
*TERMINATED: 09/04/2025*

represented **St. Raphael**
    by PRO SE


**Defendant**
––––––––––––––––––––––––

**St. Raymond Parish,** *St. Raymond Parish*
1100 Santa Cruz Ave.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **St. Raymond Parish**
    by PRO SE


**Defendant**
––––––––––––––––––––––––

**St. Raymond,** *St. Raymond*
1211 Arbor Rd.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **St. Raymond**
    by PRO SE


**Defendant**
––––––––––––––––––––––––

**St. Rita Parish,** *St. Rita Parish*
100 Marinda Dr.
Fairfax, CA 94930
*TERMINATED: 09/04/2025*

represented **St. Rita Parish**
    by PRO SE


**Defendant**
––––––––––––––––––––––––

**St. Robert Parish,** *St. Robert Parish*
1380 Crystal Springs Rd.
San Bruno, CA 94066
*TERMINATED: 09/04/2025*

represented **St. Robert Parish**
    by PRO SE

*Defendant*

————————————————————————

**St. Robert,** *St. Robert*
345 Oak Ave.
San Bruno, CA 94066
*TERMINATED: 09/04/2025*

represented **St. Robert**
       by PRO SE

*Defendant*

————————————————————————

**St. Sebastian the Martyr,** *St. Sebastian the Martyr*
373 Bon Air Rd.
GreenBrae, CA 94904
*TERMINATED: 09/04/2025*

represented **St. Sebastian the Martyr**
       by PRO SE

*Defendant*

————————————————————————

**St. Stephen Parish,** *St. Stephen Parish*
601 Eucalyptus Dr.
San Francisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Stephen Parish**
       by PRO SE

*Defendant*

————————————————————————

**St. Stephen,** *St. Stephen*
401 Eucalyptus Dr.
San Francisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Stephen**
       by PRO SE

*Defendant*

————————————————————————

**St. Teresa Parish,** *St. Teresa Parish*
1490 19th St.
San Francisco, CA 94107
*TERMINATED: 09/04/2025*

represented **St. Teresa Parish**
       by PRO SE

*Defendant*

————————————————————————

**St. Thomas More Parish,** *St. Thomas More Parish*
1300 Junipero Serra Blvd.
San Fancisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Thomas More Parish**
       by PRO SE

*Defendant*

————————————————————————

**St. Thomas More,** *St. Thomas More*
50 Thomas More Way
San Fancisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Thomas More**
       by PRO SE

*Defendant*
————————————————————
**St. Thomas the Apostle Preschool,**
*St. Thomas the Apostle Preschool*
710 40th Ave.
San Francisco, Ca 94121
*TERMINATED: 09/04/2025*

represented **St. Thomas the Apostle Preschool**
by PRO SE

*Defendant*
————————————————————
**St. Timothy Parish,** *St. Timothy Parish*
1515 Dolan Ave.
San Mateo, CA 94401
*TERMINATED: 09/04/2025*

represented **St. Timothy Parish**
by PRO SE

*Defendant*
————————————————————
**St. Timothy,** *St. Timothy*
1515 Dolan Ave.
San Mateo, CA 94401
*TERMINATED: 09/04/2025*

represented **St. Timothy**
by PRO SE

*Defendant*
————————————————————
**St. Veronica Parish,** *St. Veronica Parish*
434 Alida Way
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **St. Veronica Parish**
by PRO SE

*Defendant*
————————————————————
**St. Veronica,** *St. Veronica*
434 Alida Way
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **St. Veronica**
by PRO SE

*Defendant*
————————————————————
**St. Vincent de Paul Parish,** *St. Vincent de Paul Parish*
2320 Green St.
San Francisco, CA 94123
*TERMINATED: 09/04/2025*

represented **St. Vincent de Paul Parish**
by PRO SE

*Defendant*
————————————————————
**St. Vincent de Paul,** *St. Vincent de Paul*
2350 Green St.
San Francisco, CA 94123
*TERMINATED: 09/04/2025*

represented **St. Vincent de Paul**
by PRO SE

*Defendant*
————————————————————————
**Star of the Sea,** *Star of the Sea*
4420 Geary Blvd.
San Francisco, CA 94118
*TERMINATED: 09/04/2025*

represented **Star of the Sea**
by PRO SE


*Defendant*
————————————————————————
**Star of the Sea School,** *Star of the Sea School*
360 9th Ave.
San Francisco, CA 94118
*TERMINATED: 09/04/2025*

represented **Star of the Sea School**
by PRO SE


*Defendant*
————————————————————————
**Star of the Sea Preschool,** *Star of the Sea Preschool*
360 9th Ave.
San Francisco, CA 94118
*TERMINATED: 09/04/2025*

represented **Star of the Sea Preschool**
by PRO SE


*Defendant*
————————————————————————
**Parishes of the Roman Catholic Archdiocese of San Francisco**

represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
520−629−4427
Fax : 520−622−3088
Email: Robert.Charles@wbd−us.com

**Patrick Emerson McCormick**
Womble Bond Dickinson (US) LLP
One South Church Ave
Ste 2000
Tucson, AZ 85701
520−622−2090
Email: patrick.e.mccormick@wbd−us.com

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
602−262−5316
Fax : 602−262−5747
Email: Katie.Rios@wbd−us.com


*Defendant*
————————————————————————
**Sts. Peter & Paul Church (Sts. Peter & Paul School)**

represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701−1611
520−629−4427

Fax : 520−622−3088
Email: Robert.Charles@wbd−us.com

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602−262−5316
Fax : 602−262−5747
Email: Katie.Rios@wbd−us.com

*Defendant*
––––––––––––––––––––––

**Star of the Sea Church (Stella Maris Academy)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Vincent de Paul Church (St. Vincent de Paul School)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Veronica Church (St. Veronica School)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Timothy Church (St. Timothy School)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Thomas More Church (St. Thomas More School)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Teresa Church**    represented by    **Robert M Charles, Jr**

by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Stephen Church (St. Stephen School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Sebastian Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Robert Church (St. Robert School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Rita Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Raymond Church (St. Raymond School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––

**St. Raphael Church (St. Raphael School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

_____
**St. Pius Church (St. Pius School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**All Hallows Chapel**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**All Souls Church (All Souls School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**Church of the Assumption of Mary (Tomales)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**Church of the Epiphany (Epiphany School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**Church of the Good Shepherd (Good Shepherd School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**Church of the Nativity (Nativity School) (Menlo Park)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____
**Church of the Nativity (San Francisco)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____
**Corpus Christi Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____
**Holy Angels Church (Holy Angels School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____
**Holy Name of Jesus Church (Holy Name School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____
**Church of the Immaculate Heart of Mary(Immaculate Heart of Mary School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____
**St. Philip the Apostle (St. Philip School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
_____
**St. Peter Church (St. Peter School) (San Francisco)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**

(See above for address)

*Defendant*
––––––––––––––––––––––––
**St. Peter Church (Pacifica)**     represented **Robert M Charles, Jr**
                                    by (See above for address)

                                    **Kathleen Mary Derrig Rios**
                                    (See above for address)


*Defendant*
––––––––––––––––––––––––
**Master Dolorosa Church**          represented **Robert M Charles, Jr**
                                    by (See above for address)

                                    **Kathleen Mary Derrig Rios**
                                    (See above for address)


*Defendant*
––––––––––––––––––––––––
**St. Paul of the Shipwreck**       represented **Robert M Charles, Jr**
                                    by (See above for address)

                                    **Kathleen Mary Derrig Rios**
                                    (See above for address)


*Defendant*
––––––––––––––––––––––––
**St. Paul Church (St. Paul School)**   represented **Robert M Charles, Jr**
                                    by (See above for address)

                                    **Kathleen Mary Derrig Rios**
                                    (See above for address)


*Defendant*
––––––––––––––––––––––––
**Most Holy Redeemer Church**       represented **Robert M Charles, Jr**
                                    by (See above for address)

                                    **Kathleen Mary Derrig Rios**
                                    (See above for address)


*Defendant*
––––––––––––––––––––––––
**St. Patrick Church (San Francisco)**   represented **Robert M Charles, Jr**
                                    by (See above for address)

                                    **Kathleen Mary Derrig Rios**
                                    (See above for address)


*Defendant*
––––––––––––––––––––––––
**Most Holy Rosary Chapel**         represented **Robert M Charles, Jr**
                                    by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Monica–St. Thomas the Apostle Church (St. Monica School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**Notre Dame Des Victoires (Ecole Notre Dame des Victoires)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Michael Korean Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**Old St. Mary's Cathedral & Chinese Mission/Cathedral of St Mary of the Immaculate Conception**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Matthias Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**Our Lady of Fatima Russian
Byzantine Catholic**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**St. Matthew Church (St. Matthias
Preschool)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**Our Lady of Guadalupe Mission
(Brisbane)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**Our Lady of Angels Church (Our
Lady of Angels School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**St. Mary Church**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**Our Lady of Loretto Church (Our
Lady of Loretto School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
−−−−−−−−−−−−−−−−−−−−−−

**St. Mary Star of the Sea**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
_____

**Our Lady of Lourdes Church**         represented   **Robert M Charles, Jr**
                                       by (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)


*Defendant*
_____

**St. Mary Magdalene Mission**         represented   **Robert M Charles, Jr**
                                       by (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)


*Defendant*
_____

**Our Lady of Mercy Church (Our**      represented   **Robert M Charles, Jr**
**Lady of Mercy School)**              by (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)


*Defendant*
_____

**St. Mark Church**                    represented   **Robert M Charles, Jr**
                                       by (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)


*Defendant*
_____

**St. Luke Church**                    represented   **Robert M Charles, Jr**
                                       by (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)


*Defendant*
_____

**St. Kevin Church**                   represented   **Robert M Charles, Jr**
                                       by (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)


*Defendant*
_____

**St. John of God Chapel**             represented   **Robert M Charles, Jr**
                                       by (See above for address)

                                       **Kathleen Mary Derrig Rios**

(See above for address)

*Defendant*
–––––––––––––––––––––––––
**St. John the Evangelist Church
(St. John School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
–––––––––––––––––––––––––
**St. James Church (St. James
School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
–––––––––––––––––––––––––
**St. Isabella Church (St. Isabella
School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
–––––––––––––––––––––––––
**St. Ignatius Church**
*TERMINATED: 02/10/2026*

represented
by

**David P. Bender, Jr**
Haynes and Boone, LLP
1 Post Street, Suite 2800
San Francisco, CA 94104
972–739–6900
*TERMINATED: 02/10/2026*

**Robert M Charles, Jr**
Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701–1611
520–629–4427
*TERMINATED: 02/10/2026*

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602–262–5316
*TERMINATED: 02/10/2026*

*Defendant*
–––––––––––––––––––––––––
**St. Hilary Church (St. Hilary
School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*
————————————————————

**St. Helen Mission**   represented   **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Gregory Church (St. Gregory School)**   represented   **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Gabriel Church (St. Gabriel School)**   represented   **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Francis of Assisi**   represented   **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Finn Barr Church (St. Finn Barr School)**   represented   **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Emydius Church**   represented   **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Elizabeth Church**   represented   **Robert M Charles, Jr**

by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Dunstan Church (St. Dunstan School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Dominic Church**
*TERMINATED: 01/20/2026*

represented by

**Robert M Charles, Jr**
Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701–1611
520–629–4427
*TERMINATED: 01/20/2026*

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602–262–5316
*TERMINATED: 01/20/2026*

*Defendant*
————————————————————

**St. Denis Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Charles Church (St. Charles School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Charles Borromeo Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————————
**St. Cecilia Church (Lagunitas)**　　represented **Robert M Charles, Jr**
　　　　　　　　　　　　　　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**
　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
————————————————————————
**St. Cecilia Church (St. Cecilia**　　represented **Robert M Charles, Jr**
**School) (San Francisco)**　　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**
　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
————————————————————————
**St. Catherine of Siena Church (St.**　represented **Robert M Charles, Jr**
**Catherine of Siena School)**　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**
　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
————————————————————————
**St. Bruno Church**　　　　　　　　represented **Robert M Charles, Jr**
　　　　　　　　　　　　　　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**
　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
————————————————————————
**St. Brendan Church (St. Brendan**　represented **Robert M Charles, Jr**
**School)**　　　　　　　　　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**
　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
————————————————————————
**St. Boniface Church**　　　　　　　represented **Robert M Charles, Jr**
　　　　　　　　　　　　　　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**
　　　　　　　　　　　　　　　　　(See above for address)


*Defendant*
————————————————————————
**St. Benedict Parish**　　　　　　　represented **Robert M Charles, Jr**
　　　　　　　　　　　　　　　　　by (See above for address)

　　　　　　　　　　　　　　　　　**Kathleen Mary Derrig Rios**

(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**St. Bartholomew Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**St. Augustine Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**St. Anthony of Padua Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**St. Anthony of Padua Church
(Novato)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**St. Anthony Mission (Pescadero)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**St. Anthony Church (Menlo Park)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Our Lady of Mount Carmel
Church (Mill Valley)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

| | | |
|---|---|---|
| **Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)** | represented by | **Robert M Charles, Jr** (See above for address) |

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

| | | |
|---|---|---|
| **Our Lady of Perpetual Help (Our Lady of Perpetual Help School)** | represented by | **Robert M Charles, Jr** (See above for address) |

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

| | | |
|---|---|---|
| **Our Lady of the Pillar Church** | represented by | **Robert M Charles, Jr** (See above for address) |

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

| | | |
|---|---|---|
| **Our Lady of the Visitacion Church (Our Lady of the Visitacion School)** | represented by | **Robert M Charles, Jr** (See above for address) |

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

| | | |
|---|---|---|
| **Our Lady of the Wayside** | represented by | **Robert M Charles, Jr** (See above for address) |

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

| | | |
|---|---|---|
| **Sacred Heart Church** | represented by | **Robert M Charles, Jr** (See above for address) |

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
──────────────────────

**San Jose Obero Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
────────────────────────

**National Shrine of St. Francis of Assisi**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
────────────────────────

**St. Agnes Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
────────────────────────

**St. Andrew Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
────────────────────────

**St. Anne of the Sunset Church (St. Anne School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
────────────────────────

**St. Anselm Church (St. Anselm School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/04/2026 | | 179 | Order Denying Motion to Intervene (Related Doc # 111) (lp) (Entered: 03/04/2026) |
| 03/25/2026 | | 187 | Courts Certificate of Mailing. Number of notices mailed: 20 (RE: related document(s)179 Order on Motion to Intervene, 185 Notice of Appeal and Statement of Election filed by Interested Party Archdiocese of San |

| | | | |
|---|---|---|---|
| | | | Francisco Capital Assets Support Corporation). (myt) (Entered: 03/25/2026) |
| 03/30/2026 | | 188 | Statement of Issues on Appeal,*and*, Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)185 Notice of Appeal and Statement of Election filed by Interested Party Archdiocese of San Francisco Capital Assets Support Corporation). Appellee designation due by 04/15/2026. Filed by Interested Party Archdiocese of San Francisco Capital Assets Support Corporation (Diamond, Allan) (Entered: 03/30/2026) |



**Signed and Filed: March 4, 2026**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | ) Bankruptcy Case |
| | ) No. 23-30564-DM |
| THE ROMAN CATHOLIC ARCHBISHOP | ) |
| OF SAN FRANCISCO, | ) Chapter 11 |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |
| _____ | ) |
| | ) |
| THE OFFICIAL COMMITTEE OF | ) Adversary Proceeding |
| UNSECURED CREDITORS, | ) No. 25-03021-DM |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Hearing Held: |
| THE ROMAN CATHOLIC ARCHBISHOP | ) Date: January 15, 2026 |
| OF SAN FRANCISCO; ET AL., | ) Time: 1:30 PM |
| | ) Via Zoom |
| Defendants. | ) |
| _____ | ) |

### ORDER DENYING MOTION TO INTERVENE

#### I.    INTRODUCTION

On January 15, 2026, the court held a hearing on the Archdiocese of San Francisco Capital Assets Support Corporation's ("CASC") Motion to Intervene ("Motion") (Dkt. 111).  Upon due consideration, the court DENIES the Motion.

-1-

**II.  MANDATORY INTERVENTION**

CASC seeks to intervene in this proceeding as of right.  A court must permit a party to intervene if that party "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Fed. R. Civ. P. 24(a)(2) (applicable to adversary proceedings pursuant to Fed. R. Bankr. P. 7024).  The Ninth Circuit's test for whether the requirements of intervention as of right have been met mirror the Rule almost exactly:

> (1) [T]he [applicant's] motion must be timely; (2) the applicant must have a "significantly protectable" interest relating to the property or transaction which is the subject of the action; (3) the applicant must be so situated that the disposition of the action may as a practical matter impair or impede its ability to protect that interest; and (4) the applicant's interest must be inadequately represented by the parties to the action.

*California ex rel. Lockyer v. United States*, 450 F.3d 436, 440 (9th Cir. 2006) (citations omitted). "Failure to satisfy any one of the requirements is fatal to the application." *Perry v. Prop. 8 Official Proponents*, 587 F.3d 947, 950 (9th Cir. 2009).

**A.  CASC Does Not Have a Significantly Protectable Interest, and Disposition of This Matter Will Not Impair Its Ability to Protect That Interest.**

The court analyzes the second and third requirements of mandatory intervention together.  CASC's core function, per its

Motion, "is to hold and administer funds, including endowments and donor restricted funds, that have been entrusted to it by parishes and related entities." In brief, CASC is a depository of donations that have been made to specific parishes and other church-related entities within the Archdiocese of San Francisco. CASC acknowledges that it is the holder of funds (and the tracker of any restrictions on those funds), it does not treat funds as its own property and remains beholden to each depositor for those funds.

CASC's Articles of Incorporation state unequivocally that it is meant to operate "exclusively to support, benefit, and carry out the purposes (within the meaning of IRC Section 509(a)(3)(B)(ii)) of the Roman Catholic Archbishop of San Francisco, A Corporation Sole, and specifically for the purpose of advancing the mission of those Parish and School Juridic Persons" (Dkt. 114-1) that are governed by the Debtor.

In short, CASC has no independent interest in those funds that CASC would need to defend in this case. If the OCC had filed a complaint against CASC seeking to determine whether the various separate accounts it maintains on behalf of its depositors are property of the estate, CASC would almost certainly and rightfully move to dismiss. While CASC argues that because it holds legal title to funds, including loan funds and long-term investment pools, it is an essential party regarding the characterization of the assets that it holds, that argument is not persuasive. This adversary proceeding is to determine whether certain parishes, schools, and other entities are part of the Debtor's bankruptcy estate. Whether funds held

-3-

by CASC are restricted in such a way that they could not be accessed by creditors of Debtor's estate even if the OCC were to prevail on its claim is a question not reached by this adversary proceeding. CASC's interest in holding and administering funds is not implicated in this litigation.

### B. Any Other Interest CASC May Have in This Proceeding Is Adequately Represented By the Defendants.

"Where the party and the proposed intervenor share the same 'ultimate objective,' a presumption of adequacy of representation applies, and the intervenor can rebut that presumption only with a 'compelling showing' to the contrary." *Id.* at 950-51 (quoting *Arakaki v. Cayetano*, 324 F.3d 1078, 1083 (9th Cir. 2003)).

CASC's Motion makes clear that it believes that the parishes, schools, and other entities for which it holds funds are separate from the Debtor. CASC's ultimate objective is to defeat the OCC's Complaint, which is the objective of every other Defendant in this adversary proceeding. This is not a complicated matter in which there could be some third outcome for which only CASC can envision and pursue.

Just as telling, by CASC's own terms in how it defines its role above, its interests are the Debtor's and its depositors' interests. Debtor and its depositors (i.e., the parishes, etc.) are already defendants in this adversary proceeding. Intervention is not necessary here because the defendant parishes and other entities are already present and able to represent their interests.

-4-

### C.  The Motion Is Timely.

When deciding whether a motion to intervene is timely, courts focus on three factors: "(1) the stage of the proceeding at which an applicant seeks to intervene; (2) the prejudice to other parties; and (3) the reason for and length of the delay." *W. Watersheds Project v. Haaland*, 22 F.4th 828, 835 (9th Cir. 2022) (quoting *Smith v. L.A. Unified Sch. Dist.*, 830 F.3d 854 (9th Cir. 2016)).

The Motion to Intervene was filed when the OCC's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law (Dkt. 108) was pending.  A Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Existence (Dkt. 160) is currently pending.  There have not been substantive decisions made in this case that would result in the type of delay that would weigh against a finding of timeliness. *Id.* (citing *League of United Latin Am. Citizens v. Wilson*, 131 F.3d 1297, 1303 (9th Cir. 1997).  It appears the only prejudice to the OCC would be to make resolution of this matter more difficult, which "is a poor reason to deny intervention." *Haaland*, 22 F.4th at 839.

CASC provides no reason why it waited seven months after this adversary proceeding was initiated to seek intervention and instead focuses on why the length of delay is not material as the adversary proceeding is still early in discovery.  This weighs in favor of untimeliness, but the court will defer to the general rule that timeliness generally weighs in favor of the intervenor to determine that the Motion was indeed timely.

-5-

**III. CONCLUSION**

The Motion does not meet three out of the four requirements for mandatory intervention, when the failure to meet even one of the requirements would be fatal.  Accordingly, the Motion is HEREBY DENIED.

**\*\*END OF ORDER\*\***

-6-

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re:

) Case No. 23-30564 DM
)
) Chapter 11

The Roman Catholic Archbishop of San Francisco, )
)
Debtor. )
)
_____
) Adv. Proc. No. 25-03021 DM
)
The Official Committee of Unsecured Creditors, )
)
Plaintiff, )
v. )
)
The Roman Catholic Archbishop of San Francisco, )
et al.,
Defendant. )

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed clerk of the United States Bankruptcy Court for the Northern District of California, served the following document(s):

- Notice of Appeal and Statement of Election – by Interested Party Archdiocese of San Francisco Capital Assets Support Corporation – Dkt. #185

- Order Denying Motion to Intervene – Dkt. #179

That I, in the performance of my duties as such Clerk, served a copy of the foregoing documents on the date shown below:

**Office of the U.S. Trustee / SF**
**Jason Blumberg**
Office of the U.S. Trustee
501 I St. #7-500
Sacramento, CA 95814
(916) 930-2076
Email: jason.blumberg@usdoj.gov

**Jared A. Day**
Office of the U.S. Trustee
300 Booth St. #3009
Reno, NV 89509
(775) 784-5335
Email: jared.a.day@usdoj.gov

**Trevor Ross Fehr**
Office of the U.S. Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814
(408) 535-5525
Email: trevor.fehr@usdoj.gov

**Deanna K. Hazelton**
Office of the United States Trustee
2500 Tulare Street, Suite 1401
Fresno, CA 93721
559-487-5588
Email: deanna.k.hazelton@usdoj.gov

**Gregory S. Powell**
U.S. Department Justice
Office of the U.S. Trustee
2500 Tulare St., #1401
Fresno, CA 93721
(559) 487-5002 ext. 225
Email: greg.powell@usdoj.gov

**Phillip John Shine**
DOJ-Ust
280 South First St., Suite 268
San Jose, CA 95113
(408) 535-5525
Fax : (408) 535-5532
Email: phillip.shine@usdoj.gov

**The Roman Catholic Archbishop of San Francisco**
FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP
Paul J. Pascuzzi, ppascuzzi@ffwplaw.com
Jason E. Rios, jrios@ffwplaw.com
500 Capitol Mall, Suite 2250
Sacramento, California 95814
(916) 329-7400

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Ori Katz, okatz@sheppardmullin.com
Alan H. Martin, amartin@sheppardmullin.com
Amanda L. Cottrell, acottrell@sheppardmullin.com
Jeannie Kim, jekim@sheppardmullin.com
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
(415) 434-9100

**The Official Committee of Unsecured Creditors**
PACHULSKI STANG ZIEHL & JONES LLP
James I. Stang, jstang@pszjlaw.com
Gillian Nicole Brown, gbrown@pszjlaw.com
Gail S. Greenwood, ggreenwood@pszjlaw.com
Brittany Mitchell Michael, bmichael@pszjlaw.com
10100 Santa Monica Boulevard, Suite 1300
Los Angeles, California 90067
Telephone: (310) 277-6910

**The Archdiocese of San Francisco Parish,**
**School and Cemetery Juridic Persons**
**Capital Assets Support Corporation**
DIAMOND MCCARTHY, LLP
Damion D. D. Robinson
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Telephone: (424) 278-2335
Email: damion.robinson@diamondmccarthy.com

DIAMOND MCCARTHY, LLP
Allan B. Diamond, allan.diamond@diamondmccarthy.com
Christopher D. Johnson, chris.johnson@diamondmccarthy.com
Justin Strother, justin.strother@diamondmccarthy.com
2200 Post Oak Boulevard, Suite 1000
Houston, TX 77056-4716
Telephone: (713) 333-5100
Facsimile: (713) 333-5199

Dated:   March 25, 2026                    _/s/Monica Tartaglia_____
                                             Monica Tartaglia, Deputy Clerk

Damion D. D. Robinson, SBN 262573
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Tel:      (424) 278-2335
Email:    damion.robinson@diamondmccarthy.com

Allan B. Diamond, Esq. (admitted *pro hac vice*)
Christopher D. Johnson, Esq. (admitted *pro hac vice*)
Justin Strother (admitted *pro hac vice*)
**DIAMOND McCARTHY LLP**
2200 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Telephone: (713) 333-5100
Fax: (713) 333-5199
Email:  adiamond@diamondmccarthy.com
        chris.johnson@diamondmccarthy.com
        justin.strother@diamondmccarthy.com

*Attorneys for Archdiocese of San Francisco*
*Capital Assets Support Corporation*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | |
| Plaintiff, | Adv. Proc. No. 25-03021 |
| vs. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, | **APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD** |
| Defendants. | |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation ("Appellant"), (i) designates the following items to be included in the record on appeal, and (ii) submits the following statement of issues to the considered on appeal from the Order Denying Motion to

Intervene [ECF 179] (the "<u>Intervention Order</u>")[1] entered by the United States Bankruptcy Court for the Northern District of California (the "<u>Bankruptcy Court</u>").

**A. <u>Statement of Issues to be Considered on Appeal</u>**

Appellant presents the following statement of issues to be considered on appeal:

1. Did the bankruptcy court err in finding that CASC does not have a "significantly protectable" interest under Federal Rule of Civil Procedure 24(a)(2), where CASC holds legal title to funds—including endowments, donor-restricted funds, and funds held in charitable trust—on behalf of non-debtor parishes, schools, cemeteries, and other entities, and where CASC is charged with fiduciary obligations to safeguard and administer those funds in accordance with donor restrictions and applicable California law, including the California Corporations Code and the Uniform Prudent Management of Institutional Funds Act?

2. Did the bankruptcy court err in characterizing CASC as a mere "depository" with "no independent interest" in the funds it holds, despite CASC's undisputed legal title to the funds, its assumption of both civil and canonical obligations with respect to those funds, its maintenance of separate audited financial statements, and its status as a separate nonprofit religious corporation with fiduciary duties distinct from those of any defendant in the adversary proceeding?

3. Did the bankruptcy court err in finding that disposition of the adversary proceeding would not impair or impede CASC's ability to protect its interest, where (a) the Committee's complaint seeks a declaration that all assets of the Debtor's alleged "operating divisions" are property of the bankruptcy estate, which necessarily encompasses assets held and managed by CASC; (b) the Committee has represented that it intends to use any such declaration as a basis to compel turnover of CASC-managed assets to satisfy the claims of the Debtor's general creditors; (c) CASC, as a separate nonprofit entity that cannot be subjected to involuntary bankruptcy under 11 U.S.C. § 303(a), would face the functional equivalent of

---

[1] The Intervention Order denied the *Motion to Intervene of the Archdiocese of San Francisco Capital Assets Support Corporation Motion to Intervene Under Fed. R. Civ. P. 24 and Memorandum of Law in Support* (the "Motion to Intervene") [ECF 111].

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

substantive consolidation without the procedural protections that doctrine requires; and (d) CASC would face risks of issue preclusion and forfeiture of its ability to defend the charitable trust and donor-restriction status of the funds it manages in any subsequent proceeding?

4. Did the bankruptcy court err in concluding that any interest CASC may have in this proceeding is adequately represented by the existing defendants, despite (a) the minimal burden of showing inadequacy of representation recognized by the Supreme Court in *Berger v. North Carolina State Conference of NAACP*, 142 S. Ct. 2191, 2203 (2022); (b) CASC's distinct legal status as a separate nonprofit entity that holds legal title to and fiduciary obligations over assets that no existing defendant holds or manages; (c) CASC's unique knowledge and expertise regarding the donor restrictions, charitable trust status, and applicable regulatory and canonical obligations governing the funds it administers; and (d) the fact that CASC was deliberately excluded from the adversary proceeding as a named defendant, which itself demonstrates that the existing parties are not similarly situated to CASC and cannot be expected to raise CASC's distinct defenses?

5. Did the bankruptcy court apply an improperly restrictive standard to the Rule 24(a)(2) analysis by (a) failing to apply the Ninth Circuit's mandate that Rule 24 "receives liberal construction in favor of applicants for intervention"; (b) resolving disputed factual and legal issues—including the nature of CASC's interest in the assets it manages and the practical effect of the adversary proceeding on CASC-managed funds—against CASC at the threshold intervention stage rather than permitting those issues to be litigated on the merits; and (c) crediting the Committee's characterization of the relief it seeks while disregarding CASC's evidence that the Committee's complaint and litigation strategy directly implicate the assets CASC holds in trust?

Appellant reserves the right to modify, restate, or supplement the foregoing issues to the fullest extent permitted by applicable rules and law, and hereby incorporates into the foregoing statement any additional issues identified by any other appellant or cross-appellant appealing from the Order.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

**B.** **Designation of Items to be Included in the Record on Appeal**

Appellant designates the following items to be included in the record on appeal, including all exhibits, appendices and/or addenda[2]:

| Docket Number | Description | Filing Date |
|---|---|---|
| 1. | Complaint by The Official Committee of Unsecured Creditors | 05/06/2025 |
| 10. | Amended Complaint of The Official Committee of Unsecured Creditors | 07/09/2025 |
| 12. | Motion to Dismiss Case of Holy Cross Catholic Cemeteries et al. | 07/21/2025 |
| 13. | Motion to Dismiss Case of Archbishop Riordan High School et al. | 07/21/2025 |
| 14. | Motion to Dismiss Case of The Roman Catholic Archbishop of San Francisco | 07/21/2025 |
| 15. | Motion to Dismiss Case of Parishes of the Roman Catholic Archdiocese of San Francisco | 07/21/2025 |
| 16. | Motion to Dismiss Case of Parishes of the Roman Catholic Archdiocese of San Francisco | 07/21/2025 |
| 17. | Memorandum of Points and Authorities in Support of Motion to Dismiss & Joinder of Parishes of the Roman Catholic Archdiocese of San Francisco | 07/21/2025 |
| 18. | Motion to Dismiss Party Sacred Heart Cathedral Preparatory's Motion to Dismiss Amended Complaint | 07/21/2025 |
| 20. | The Parishes of the Roman Catholic Archdiocese of San Francisco's Notice of Errata regarding Motion to Dismiss & Joinder, Document Nos. 15 &16 | 07/22/2025 |
| 29. | Motion to Dismiss Case of Vallombrosa Retreat Center | |
| 30. | Brief/Memorandum in Opposition to The Official Committee of Unsecured Creditors' Omnibus Opposition to Defendants' Motion to Dismiss Amended Complaint | 08/14/2025 |
| 35. | Reply to Motion to Dismiss of Holy Cross Catholic Cemeteries et al. | 08/21/2025 |
| 36. | Reply Brief in Support of Motion to Dismiss Complaint of Archbishop Riordan High School et al. | 8/21/2025 |
| 37. | Reply of The Roman Catholic Archbishop of San Francisco in Support of Motion to Dismiss | 08/21/2025 |
| 39. | Reply Memorandum in Support of The Parishes' Motion to Dismiss & Joinder | 08/21/2025 |
| 40. | Reply Memorandum of Sacred Heart Cathedral Preparatory's Further Support of Its Motion to Dismiss | 08/21/2025 |
| 41. | Corrected Reply [Correct PDF Conversion Error] The Roman Catholic Archbishop of San Franciscos Reply in Support of Motion to Dismiss | 08/22/2025 |

---

[2] Appellant designates all transcripts from the hearings in the adversary proceeding regarding the Motion to Intervene.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

| | | | |
|---|---|---|---|
| 43. | Amended Complaint with Corrected Ex A | 09/04/2025 |
| 44. | Order Regarding Future Conduct of Adversary Proceeding re Motion to Dismiss | 09/04/2025 |
| 50. | The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate | 09/11/2025 |
| 51. | Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate | 09/11/2025 |
| 53. | Second Amended Complaint | 09/11/2025 |
| 61. | Answer to Complaint of Vallombrosa Retreat Center | 10/01/2025 |
| 62. | Answer to Second Amended Complaint of Sacred Heart Cathedral Preparatory | 10/01/2025 |
| 63. | Answer to Second Amended Complaint of Archbishop Riordan High School et al. | |
| 64. | Answer to Second Amended Complaint of The Roman Catholic Archbishop of San Francisco | 10/01/2025 |
| 65. | Answer to Complaint of Holy Cross Catholic Cemeteries et al. | 10/01/2025 |
| 66. | Answer to Second Amended Complaint of Parishes of the Roman Catholic Archdiocese of San Francisco | 10/01/2025 |
| 67. | The Roman Catholic Archbishop of San Francisco's Objection to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/02/2025 |
| 68. | Joinder and Response of Parishes of the Roman Catholic Archdiocese of San Francisco to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/02/2025 |
| 69. | Sacred Heart Cathedral Preparatory Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/06/2025 |
| 70. | Archbishop Riordan High School et al.'s Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/06/2025 |
| 71. | Holy Cross Catholic Cemeteries et al.'s Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/07/2025 |
| 72. | Vallombrosa Retreat Center's Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/07/2025 |
| 74. | The Official Committee of Unsecured Creditors Omnibus Reply in Support of the Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/16/2025 |

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

| | | |
|---|---|---|
| 81. | Tentative Ruling on Motion for Authority, etc. | 10/20/2025 |
| 82. | The Roman Catholic Archbishop of San Francisco's Response to the Court's Tentative Ruling | 10/22/2025 |
| 83. | Statement of Archbishop Rioran High School et al.'s Regarding Tentative Ruling | 10/22/2025 |
| 84. | Sacred Heart Cathedral Preparatory's Response to the Court's Tentative Ruling | 10/22/2025 |
| 85. | Sacred Heart Cathedral Preparatory's Corrected Response to the Court's Tentative Ruling | 10/22/2025 |
| 88. | Order Granting The Official Committee of Unsecured Creditors' Motion for Authority to Commence and Prosecute Litigation Against Diocesan Affiliates | 10/24/2025 |
| 89. | Memorandum Regarding Scheduling Conference on November 6, 2025 | 10/29/2025 |
| 103. | Order After Scheduling Conference on November 6, 2025 | 11/07/2025 |
| 104. | Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/18/2025 |
| 105. | Declaration of Brittany Michael in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/18/2025 |
| 106. | Notice of Motion and Hearing on The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/18/2025 |
| 108. | Corrected Motion for Summary Judgment of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/19/2025 |
| 111. | Motion to Intervene and Memorandum of Law in Support of The Archdiocese of San Francisco Capital Assets Support Corporation | 12/15/2025 |
| 112. | Declaration of Philip Skrade in Support of Motion to Intervene | 12/15/2025 |
| 113. | The Official Committee of Committee of Unsecured Creditors Stipulation, Extending Certain Opposition and Reply Deadlines Regarding the Committee's Partial Summary Judgment Motion | 12/16/2025 |
| 114. | The Roman Catholic Archbishop of San Franciscos Opposition to The Official Committee of Unsecured Creditors Partial Summary Judgment Motion | 12/16/2025 |
| 133. | The Official Committee of Unsecured Creditors Objection to The Archdiocese of San Francisco Capital Assets Support Corporations Motion to Intervene | 01/02/2026 |
| 134. | Declaration of Brittany Michael in Support of The Official Committee of Unsecured Creditors Objection to The Archdiocese of San Francisco Capital Assets Support Corporations Motion to Intervene | 01/02/2026 |
| 139. | Archdiocese of San Francisco Capital Assets Support Corporation's Reply in Support of Motion to Intervene | 01/08/2026 |
| 140. | St. Dominic's Priory of Francisco's Motion for Leave to File Supplemental Amended Answer to Second Amended Complaint | 01/14/2026 |
| 149. | Transcript regarding Hearing 1/15/2026 re: Scheduling Conference | 01/26/2026 |
| 160. | The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |

Page 6

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

| | | |
|---|---|---|
| 161. | Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 162. | The Official Committee of Unsecured Creditors' Separate Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 163. | Declaration of Brittany Michael in Support of The Official Committee of Unsecured Creditors' Separate Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 164. | Request to Take Judicial Notice in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 166. | The Official Committee of Unsecured Creditors' Administrative Motion to Consider Whether Defendant's Documents Should Be Sealed | 02/19/2026 |
| 179. | Order Denying Motion to Intervene | 03/04/2026 |

## C.     <u>Reservation of Rights</u>

Appellant reserves the right to withdraw, supplement, amend or modify this designation of record on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

### CERTIFICATE PURSUANT TO BANKRUPTCY RULE 8009(b)(1)(B)

Appellant respectfully certifies that they are not ordering any transcripts, as the relevant transcripts have been transcribed and docketed.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

Dated: March 30, 2026

DIAMOND MCCARTHY LLP


*/s/   Allan B. Diamond*
Damion D.D. Robinson
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Telephone:  424-278-2335
damion.robinson@diamondmccarthy.com

Allan B. Diamond (admitted *pro hac vice*)
Christopher D. Johnson (admitted *pro hac vice*)
Justin Strother (admitted *pro hac vice*)
2200 Post Oak Blvd., Suite 1000
Houston, TX 77056
Telephone: 713-333-5100
Facsimile:  713-333-5199
adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com


*Attorneys for Archdiocese of San Francisco*
*Capital Assets Support Corporation*

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

**PROOF OF SERVICE**

STATE OF TEXAS, COUNTY OF HARRIS

I am employed in the County of Harris, State of Texas. I am over the age of 18 and not a party to the within action; my business address is: 2200 Post Oak Blvd., Suite 1000, Houston, TX 77056.

On March 30, 2026, I served the foregoing document(s) described as:

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD**

on interested parties in this action, at the following address(es):

*SEE ATTACHED SERVICE LIST*

☒ **BY EMAIL:** I served a copy of the foregoing on the interested parties via email to their addresses for electronic service as specified in the Service List, or through an electronic service platform.

☐ **BY MAIL:** I enclosed ☐ originals / ☐ true copies of the same in sealed envelopes addressed as specified in the Service List.

☐ I deposited the sealed envelope for collection with the United States Postal Service, with the postage thereon fully prepaid.

☐ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage thereon fully prepaid.

☐ **BY OVERNIGHT:** I enclosed the foregoing in an envelope or package provided by an overnight delivery carrier and addressed to the persons stated in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

Executed on March 30, 2026 at Houston, Texas.

| | |
|---|---|
| _Catherine Burrow_ | _/s/ Catherine Burrow_ |
| [Print Name of Person Executing Proof] | [Signature] |

**Registered Electronic Participants**

Peter C. Califano on behalf of Defendant Vallombrosa Retreat Center
pcalifano@nvlawllp.com

Robert M Charles, Jr on behalf of Defendant All Hallows Chapel
Robert.Charles@wbd-us.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Gail S. Greenwood on behalf of Plaintiff The Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Ori Katz on behalf of Defendant The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Defendant The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Brittany Mitchell Michael on behalf of Plaintiff The Official Committee Of Unsecured Creditors
bmichael@pszjlaw.com

Paul J. Pascuzzi on behalf of Defendant The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel
Katie.Rios@wbd-us.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

James I. Stang on behalf of Plaintiff The Official Committee Of Unsecured Creditors
jstang@pszjlaw.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com