

Office of the Clerk
United States Bankruptcy Court, Northern District of California

Edward J. Emmons, Clerk of Court
450 Golden Gate Avenue
Mail Box 36099
San Francisco, CA 94102
Phone: (415) 268-2300

**April 17, 2026**

Mark B. Busby, Clerk of Court
United States District Court
Phillip Burton Federal Building & United States Courthouse
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

District Court Appeal Number:

**C26-02867 RFL**

**Re:** **Transmittal of Record on Appeal to District Court:**

**The Official Committee of Unsecured Creditors v. The Roman Catholic Archbishop of San Francisco et al., Adversary Proceeding case no. 25-03021 DM, Judge Dennis Montali**

Dear Clerk:

We are electronically transmitting the following documents to your court for the above referenced matter:

- ☑ Docket Report
- ☑ Certificate of Record
- ☑ Appellant's Designation of Items and Statement of Issues
- ☑ Appellee's Designation of Additional Items (if applicable)
- ☐ Cross-Appellant's Designation of Additional Items and Statement of Issues (if applicable)
- ☐ Cross-Appellee's Designation of Additional Items (if applicable)
- ☑ Certificate of No Transcript Requests (if applicable)
- ☐ Statement of Evidence When a Transcript is Unavailable (if applicable)
- ☐ Agreed Statement as the Record on Appeal (if applicable)
- ☐ Other

If you have any questions, please contact me at **(888) 821-7606** .

Edward Emmons, Clerk
United States Bankruptcy Court

By: */s/ Norma Ortiz*

Norma Ortiz,      Deputy Clerk