# U.S. Bankruptcy Court
## California Northern Bankruptcy Court (San Francisco)
## Adversary Proceeding #: 25−03021

*Assigned to:* Judge Dennis Montali                    *Date Filed:* 05/06/25
*Lead BK Case:* 23−30564
*Lead BK Title:* The Roman Catholic Archbishop of San Francisco
*Lead BK Chapter:* 11
*Demand:*
  *Nature[s] of Suit:*   91 Declaratory judgment

### *Plaintiff*
―――――――――――――――――――――

| | | |
|---|---|---|
| **The Official Committee Of Unsecured Creditors**<br>c/o Pachulski Stang Ziehl and Jones LLP<br>One Sansome Street, 34th Floor<br>Suite 3430<br>San Francisco, CA 94104−4436 | represented by | **Gillian Nicole Brown**<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd.<br>Ste 13th Floor<br>Los Angeles, CA 90067<br>310−277−6910<br>Fax : 310−201−0760<br>Email: gbrown@pszjlaw.com |

**Michael L. Cohen**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
Suite 3430
San Francisco, CA 94104−4436
(415) 263−7000

**Gail S. Greenwood**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street
34th Floor, Suite 3430
San Francisco, CA 94104−4436
415−263−7000
Email: ggreenwood@pszjlaw.com

**Brittany Mitchell Michael**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
Suite 3430
San Francisco, CA 94104−4436
310−488−8144
Email: bmichael@pszjlaw.com

**James I. Stang**
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, 34th Floor
Suite 3430
San Francisco, CA 94104−4436
310−277−6910

Fax : 310−201−0760
Email: jstang@pszjlaw.com
*LEAD ATTORNEY*

V.

*Defendant*
——————————————
**The Roman Catholic Archbishop of San Francisco,** *The Roman Catholic Archbishop of San Francisco*
c/o Sheppard Mullin
Four Embarcadero Center
Seventeenth Floor
Attn: Ori Katz & Jennifer Nassiri
San Francisco, CA 94111

represented by

**Ori Katz**
Sheppard, Mullin, Richter and Hampton
4 Embarcadero Center 17th Fl.
San Francisco, CA 94111
(415)434−9100
Email: okatz@sheppardmullin.com

**Jeannie Kim**
Sheppard Mullin Richter Hampton LLP
Four Embarcadero Center 17th Fl
San Francisco, CA 94111
Email: jkim@go2.law

**Mikayla Kutsuris**
Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP
500 Capitol Mall
Ste 2250
Sacramento
Sacramento, CA 95814
916−329−7400
Email: mkutsuris@ffwplaw.com

**Paul J. Pascuzzi**
Felderstein Fitzgerald et al LLP
500 Capitol Mall #2250
Sacramento, CA 95814
(916) 329−7400
Email: ppascuzzi@ffwplaw.com

*Defendant*
——————————————
**Holy Cross Catholic Cemeteries,** *Holy Cross Catholic Cemeteries*
c/o Wilke Fleury
621 Capitol Mall
Sacramento, CA 95814

represented by

**Daniel Lloyd Egan**
Wilke Fleury LLP
621 Capitol Mall
Suite 900
Sacramento, CA 95814
916−441−2430
Fax : 916−442−6664
Email: degan@wilkefleury.com

**Steven John Williamson**
Wilke Fleury LLP
621 Capitol Mall
Suite 900
Sacramento, CA 95814
916−441−2430
Fax : 916−442−6664
Email: swilliamson@wilkefleury.com

*Defendant*
——————————————

**Saint Mary Magdalene Catholic Cemetery,** *Saint Mary Magdalene Catholic Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Sacramento, CA 95814

represented by **Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
——————————————————

**Mt. Olivet Cemetery,** *Mt. Olivet Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Suite 900
Attn: Steven Williamson & Daniel Egan
Sacramento, CA 95814

represented by **Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
——————————————————

**Our Lady of Pillar Cemetery,** *Our Lady of Pillar Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Suite 900
Attn: Steven Williamson & Daniel Egan
Sacramento, CA 95814

represented by **Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
——————————————————

**Tomales Catholic Cemetery,** *Tomales Catholic Cemetery*
c/o Wilke Fleury
621 Capitol Mall
Suite 900
Attn: Steven Williamson & Daniel Egan
Sacramento, CA 95814

represented by **Daniel Lloyd Egan**
(See above for address)

**Steven John Williamson**
(See above for address)

*Defendant*
——————————————————

**Archbishop Riordan High School,** *Archbishop Riordan High School*
c/o Binder & Malter LLP
2775 Park Avenue
Santa Clara, CA 95050

represented by **Julie H. Rome−Banks**
Binder Malter Harris & Rome−Banks LLP
2775 Park Ave
Santa Clara, CA 95050
408−295−1700
Email: julie@bindermalter.com

*Defendant*
——————————————————

**Sacred Heart Cathedral Preparatory,** *Sacred Heart Cathedral Preparatory*
c/o McDermott Will & Emery
One Vanderbilt Avenue

represented by **Jason D. Strabo**
McDermott Will & Schulte LLP
2049 Century Park East, Suite 3200
Los Angeles, CA 90067−3206
(310) 488−4125

Attn: Lisa A. Linsky
New York, NY 10017

Email: jstrabo@mwe.com

*Defendant*

─────────────────────────
**Marin Catholic High School,**     represented   **Julie H. Rome−Banks**
*Marin Catholic High School*     by   (See above for address)
c/o Binder & Malter LLP
2775 Park Avenue
Attn: Robert Harris
Santa Clara, CA 95050

*Defendant*

─────────────────────────
**Junipero Serra High School,**     represented   **Julie H. Rome−Banks**
*Junipero Serra High School*     by   (See above for address)
c/o Binder & Malter LLP
2775 Park Avenue
Attn: Robert Harris
Santa Clara, CA 95050

*Defendant*

─────────────────────────
**Vallombrosa Retreat Center,**     represented   **Peter C. Califano**
*Vallombrosa Retreat Center*     by   Niesar and Vestal, LLP
250 Oak Grove Ave            90 New Montgomery Street, 9th Floor
Menlo Park, CA 94025        San Francisco, CA 94105
                            415−882−5300
                            Fax : 415−882−5400
                            Email: pcalifano@nvlawllp.com

*Defendant*

─────────────────────────
**Serra Clergy House,** *Serra Clergy*     represented   **Serra Clergy House**
***House***     by   PRO SE
455 W. 20th Street
San Mateo, CA 94403

*Defendant*

─────────────────────────
**All Souls Parish,** *All Souls Parish*     represented   **All Souls Parish**
315 Walnut Ave.     by   PRO SE
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

*Defendant*

─────────────────────────
**All Souls,** *All Souls*     represented   **All Souls**
479 Miller Ave.     by   PRO SE
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

*Defendant*

─────────────────────────

**Assumption Church,** *Assumption Church*
26825 Main St.
Tomales, CA 94971
*TERMINATED: 09/04/2025*

represented **Assumption Church**
by PRO SE

*Defendant*
————————————————————

**Cathedral of St. Mary of the Assumption**
1111 Gough St.
San Francisco, CA 94109

represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701−1611
520−629−4427
Fax : 520−622−3088
Email: Robert.Charles@wbd−us.com

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602−262−5316
Fax : 602−262−5747
Email: Katie.Rios@wbd−us.com

*Defendant*
————————————————————

**Church of the Epiphany,** *Church of the Epiphany*
827 Vienna St.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **Church of the Epiphany**
by PRO SE

*Defendant*
————————————————————

**Epiphany School,** *Epiphany School*
600 Italy Ave.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **Epiphany School**
by PRO SE

*Defendant*
————————————————————

**Church of the Nativity**
210 Oak Grove Ave.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **Church of the Nativity**
by PRO SE

*Defendant*
————————————————————

**Nativity**
1250 Laurel St.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **Nativity**
by PRO SE

*Defendant*

—————————————————————

**Church of the Nativity**
240 Fell St.
San Francisco, CA 94102
*TERMINATED: 09/04/2025*

represented **Church of the Nativity**
by PRO SE

*Defendant*

—————————————————————

**Church of the Visitation**
655 Sunnydale Ave.
San Francisco, CA 94134
*TERMINATED: 09/05/2025*

represented **Church of the Visitation**
by PRO SE

*Defendant*

—————————————————————

**Our Lady of the Visitation**
785 Sunnydale Ave.
San Francisco, CA 94134
*TERMINATED: 09/05/2025*

represented **Our Lady of the Visitation**
by PRO SE

*Defendant*

—————————————————————

**Corpus Christi Parish**
62 Santa Rosa Ave.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **Corpus Christi Parish**
by PRO SE

*Defendant*

—————————————————————

**Good Shepherd Church,** *Good Shepherd Church*
901 Oceana Blvd.
Pacifica, CA 94044
*TERMINATED: 09/04/2025*

represented **Good Shepherd Church**
by PRO SE

*Defendant*

—————————————————————

**Good Shepherd,** *Good Shepherd*
909 Oceana Blvd.
Pacifica, CA 94044
*TERMINATED: 09/04/2025*

represented **Good Shepherd**
by PRO SE

*Defendant*

—————————————————————

**Holy Angels Parish**
107 San Pedro Rd.
Colma, CA 94014
*TERMINATED: 09/04/2025*

represented **Holy Angels Parish**
by PRO SE

*Defendant*

—————————————————————

**Holy Angels**

represented **Holy Angels**

20 Reiner St.
Colma, CA 94014
*TERMINATED: 09/04/2025*

by PRO SE

**Defendant**
───────────────────────────

**Holy Name of Jesus Parish**
1555 39th Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **Holy Name of Jesus Parish**
by PRO SE

**Defendant**
───────────────────────────

**Holy Name of Jesus**
1560 40th Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **Holy Name of Jesus**
by PRO SE

**Defendant**
───────────────────────────

**Holy Name Preschool**
1560 40th Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **Holy Name Preschool**
by PRO SE

**Defendant**
───────────────────────────

**Immaculate Heart of Mary Church**
1040 Alameda de las Pulgas
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **Immaculate Heart of Mary Church**
by PRO SE

**Defendant**
───────────────────────────

**Immaculate Heart of Mary**
1000 Alameda de las Pulgas
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **Immaculate Heart of Mary**
by PRO SE

**Defendant**
───────────────────────────

**Immaculate Heart of Mary Preschool**
1000 Alameda de las Pulgas
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **Immaculate Heart of Mary Preschool**
by PRO SE

**Defendant**
───────────────────────────

**Mater Dolorosa Parish**
307 Willow Ave.
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **Mater Dolorosa Parish**
by PRO SE

*Defendant*

—————————————————————————

**Mission Dolores Basilica**
3321 16th St.
San Francisco, CA 94114

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

—————————————————————————

**Most Holy Redeemer Parish**
100 Diamond St.
San Francisco, CA 94114
*TERMINATED: 09/04/2025*

represented by **Most Holy Redeemer Parish**
PRO SE

*Defendant*

—————————————————————————

**National Shrine of St. Francis**
610 Vallejo St.
San Francisco, CA 94133
*TERMINATED: 09/05/2025*

represented by **National Shrine of St. Francis**
PRO SE

*Defendant*

—————————————————————————

**Notre Dame des Victoires**
566 Bush St.
San Francisco, CA 94108
*TERMINATED: 09/04/2025*

represented by **Notre Dame des Victoires**
PRO SE

*Defendant*

—————————————————————————

**Notre Dame des Victoires**
659 Pine St.
San Francisco, CA 94108
*TERMINATED: 09/04/2025*

represented by **Notre Dame des Victoires**
PRO SE

*Defendant*

—————————————————————————

**Old St. Marys Parish**
660 California St.
San Francisco, CA 94108
*TERMINATED: 09/04/2025*

represented by **Old St. Marys Parish**
PRO SE

*Defendant*

—————————————————————————

**Our Lady of Angels Parish**
1721 Hillside Dr.
Burlingame, CA 94010
*TERMINATED: 09/04/2025*

represented by **Our Lady of Angels Parish**
PRO SE

*Defendant*

――――――――――――――――――――――
**Our Lady of Angels**
1328 Cabrillo Ave.
Burlingame, CA 94010
*TERMINATED: 09/04/2025*

represented **Our Lady of Angels**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Angels Preschool**
1341 Cortez Ave.
Burlingame, CA 94010
*TERMINATED: 09/04/2025*

represented **Our Lady of Angels Preschool**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Fatima**
5920 Geary Blvd.
San Francisco, CA 94121
*TERMINATED: 09/04/2025*

represented **Our Lady of Fatima**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Guadalupe Mission**
285 Alvarado St.
Brisbane, CA 94005
*TERMINATED: 09/04/2025*

represented **Our Lady of Guadalupe Mission**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Loretto Parish**
1806 Novato Blvd.
Novato, CA 94947
*TERMINATED: 09/04/2025*

represented **Our Lady of Loretto Parish**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Loretto**
1811 Virginia Ave
Novato, CA 94947
*TERMINATED: 09/04/2025*

represented **Our Lady of Loretto**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Lourdes**
410 Hawes St.
San Francisco, CA 94124
*TERMINATED: 09/04/2025*

represented **Our Lady of Lourdes**
by PRO SE

*Defendant*
――――――――――――――――――――――
**Our Lady of Mercy Parish**
1 Elmwood Dr.
Daly City, CA 94015
*TERMINATED: 09/04/2025*

represented **Our Lady of Mercy Parish**
by PRO SE

*Defendant*

**Our Lady of Mercy**
7 Elmwood Dr.
Daly City, CA 94015
*TERMINATED: 09/04/2025*

represented **Our Lady of Mercy**
by PRO SE

*Defendant*

**Our Lady of Mt. Carmel Church**
300 Fulton St.
Redwood City, CA 94062
*TERMINATED: 09/05/2025*

represented **Our Lady of Mt. Carmel Church**
by PRO SE

*Defendant*

**Our Lady of Mount Carmel**
301 Grand St.
Redwood City, CA 94062
*TERMINATED: 09/05/2025*

represented **Our Lady of Mount Carmel**
by PRO SE

*Defendant*

**Our Lady of Mt. Carmel Church−Mill Valley**
3 Oakdale Ave.
Mill Valley, CA 94941
*TERMINATED: 09/05/2025*

represented **Our Lady of Mt. Carmel Church−Mill Valley**
by PRO SE

*Defendant*

**Our Lady of Perpetual Help Parish**
60 Wellington Ave.
Daly City, CA 94014
*TERMINATED: 09/05/2025*

represented **Our Lady of Perpetual Help Parish**
by PRO SE

*Defendant*

**Our Lady of Perpetual Help**
80 Wellington Ave.
Daly City, CA 94014
*TERMINATED: 09/05/2025*

represented **Our Lady of Perpetual Help**
by PRO SE

*Defendant*

**Our Lady of Refuge Mission**
146 Sears Ranch Rd.
La Honda, CA 94020

represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

─────────────────────────

**Our Lady of the Pillar Parish**
400 Church St.
Half Moon Bay, CA 94019
*TERMINATED: 09/05/2025*

represented **Our Lady of the Pillar Parish**
by PRO SE


*Defendant*

─────────────────────────

**Sacred Heart/St. Mary Magdalene**
10189 CA−1
Olema, CA 94950
*TERMINATED: 09/05/2025*

represented **Sacred Heart/St. Mary Magdalene**
by PRO SE


*Defendant*

─────────────────────────

**Saints Peter & Paul Parish,** *Saints Peter & Paul Parish*
666 Filbert St.
San Francisco, CA 94133
*TERMINATED: 09/03/2025*

represented **Saints Peter & Paul Parish**
by PRO SE


*Defendant*

─────────────────────────

**Saints Peter & Paul School,** *Saints Peter & Paul School*
660 Filbert St.
San Francsico, CA 94133
*TERMINATED: 09/03/2025*

represented **Saints Peter & Paul School**
by PRO SE


*Defendant*

─────────────────────────

**St. Agnes Parish**
1025 Masonic Ave.
San Fancisco, CA 94117
*TERMINATED: 09/05/2025*

represented **St. Agnes Parish**
by PRO SE


*Defendant*

─────────────────────────

**St. Andrew Catholic Church**
1571 Southgate Ave.
Daly City, CA 94015
*TERMINATED: 09/05/2025*

represented **St. Andrew Catholic Church**
by PRO SE


*Defendant*

─────────────────────────

**St. Anne**
850 Judah St.
San Francisco, CA 94122
*TERMINATED: 09/05/2025*

represented **St. Anne**
by PRO SE


*Defendant*

─────────────────────────

**St. Anne**
1320 14th Ave.
San Francisco, CA 94122
*TERMINATED: 09/05/2025*

represented **St. Anne**
    by PRO SE

*Defendant*
───────────────────────

**St. Anselm Parish**
97 Shady Ln.
Ross, CA 94957
*TERMINATED: 09/05/2025*

represented **St. Anselm Parish**
    by PRO SE

*Defendant*
───────────────────────

**St. Anselm**
40 Belle Ave.
Ross, CA 94957
*TERMINATED: 09/05/2025*

represented **St. Anselm**
    by PRO SE

*Defendant*
───────────────────────

**St. Anthony Mission,** *St. Anthony Mission*
696 North St.
Pescadero, CA 94060
*TERMINATED: 09/05/2025*

represented **St. Anthony Mission**
    by PRO SE

*Defendant*
───────────────────────

**St. Anthony of Padua Parish,** *St. Anthony of Padua Parish*
1000 Cambridge St.
Novato, CA 94947
*TERMINATED: 09/05/2025*

represented **St. Anthony of Padua Parish**
    by PRO SE

*Defendant*
───────────────────────

**St. Anthony Parish,** *St. Anthony Parish*
3500 Middlefield Rd.
Menlo Park, CA 94025
*TERMINATED: 09/05/2025*

represented **St. Anthony Parish**
    by PRO SE

*Defendant*
───────────────────────

**St. Anthony Parish,** *St. Anthony Parish*
3215 Cesar Chavez St.
San Francisco, CA 94110
*TERMINATED: 09/05/2025*

represented **St. Anthony Parish**
    by PRO SE

*Defendant*
───────────────────────

**St. Anthony,** *St. Anthony*

represented **St. Anthony**

299 Precita Ave.
San Francsico, CA 94110
*TERMINATED: 09/05/2025*

by PRO SE

*Defendant*
──────────────────────────
**St. Augustine Parish,** *St. Augustine Parish*
3700 Callan Blvd.
South San Francisco, CA 94080
*TERMINATED: 09/05/2025*

represented **St. Augustine Parish**
by PRO SE

*Defendant*
──────────────────────────
**St. Bartholomew Parish,** *St. Bartholomew Parish*
300 Alameda de las Pulgas
San Mateo, CA 94808
*TERMINATED: 09/05/2025*

represented **St. Bartholomew Parish**
by PRO SE

*Defendant*
──────────────────────────
**St. Benedict Parish,** *St. Benedict Parish*
1801 Octavia St.
San Francisco, CA 94109
*TERMINATED: 09/05/2025*

represented **St. Benedict Parish**
by PRO SE

*Defendant*
──────────────────────────
**St. Boniface Parish,** *St. Boniface Parish*
133 Golden Gate Ave.
San Francisco, CA 94102
*TERMINATED: 09/05/2025*

represented **St. Boniface Parish**
by PRO SE

*Defendant*
──────────────────────────
**St. Brendan Parish,** *St. Brendan Parish*
29 Rockaway Ave.
San Francisco, CA 94127
*TERMINATED: 09/05/2025*

represented **St. Brendan Parish**
by PRO SE

*Defendant*
──────────────────────────
**St. Brendan,** *St. Brendan*
940 Laguna Honda Blvd.
San Francisco, CA 94127
*TERMINATED: 09/05/2025*

represented **St. Brendan**
by PRO SE

*Defendant*
──────────────────────────
**St. Brigid,** *St. Brigid*

represented **St. Brigid**

2250 Franklin St.
San Francisco, CA 94109
*TERMINATED: 09/05/2025*

by PRO SE

---

**Defendant**
——————————————————————
**St. Bruno Parish,** *St. Bruno Parish*
555 San Bruno Ave. W.
San Bruno, CA 94066
*TERMINATED: 09/05/2025*

represented **St. Bruno Parish**
by PRO SE

---

**Defendant**
——————————————————————
**St. Catherine of Siena Parish,** *St. Catherine of Siena Parish*
1310 Bayswater Ave.
Burlingame, CA 94010
*TERMINATED: 09/05/2025*

represented **St. Catherine of Siena Parish**
by PRO SE

---

**Defendant**
——————————————————————
**St. Catherine of Siena,** *St. Catherine of Siena*
1300 Bayswater Ave.
Burlingame, CA 94010
*TERMINATED: 09/05/2025*

represented **St. Catherine of Siena**
by PRO SE

---

**Defendant**
——————————————————————
**St. Cecilia's Lagunitas,** *St. Cecilia's Lagunitas*
450 West Cintura Ave.
Lagunitas, CA 94938
*TERMINATED: 09/05/2025*

represented **St. Cecilia's Lagunitas**
by PRO SE

---

**Defendant**
——————————————————————
**St. Cecilia Parish,** *St. Cecilia Parish*
2555 17th Ave.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*

represented **St. Cecilia Parish**
by PRO SE

---

**Defendant**
——————————————————————
**St. Cecilia,** *St. Cecilia*
660 Vicente St.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*

represented **St. Cecilia**
by PRO SE

---

**Defendant**
——————————————————————
**St. Charles,** *St. Charles*
880 Tamarack Ave.

represented **St. Charles**
by PRO SE

San Carlos, CA 94070
*TERMINATED: 09/05/2025*


*Defendant*
––––––––––––––––––––––––––
**St. Charles,** *St. Charles School*
850 Tamarack Ave.
San Carlos, CA 94070
*TERMINATED: 09/05/2025*

represented **St. Charles**
     by PRO SE


*Defendant*
––––––––––––––––––––––––––
**St. Charles Borromeo,** *St. Charles Borromeo*
713 South Van Ness Ave.
San Francisco, CA 94110
*TERMINATED: 09/05/2025*

represented **St. Charles Borromeo**
     by PRO SE


*Defendant*
––––––––––––––––––––––––––
**St. Denis Parish,** *St. Denis Parish*
2250 Avy Ave.
Menlo Park, CA 94025
*TERMINATED: 09/05/2025*

represented **St. Denis Parish**
     by PRO SE


*Defendant*
––––––––––––––––––––––––––
**St. Dominic,** *St. Dominic*
2390 Bush St.
San Francisco, CA 94115
*TERMINATED: 09/05/2025*

represented **St. Dominic**
     by PRO SE


*Defendant*
––––––––––––––––––––––––––
**St. Dunstan Parish,** *St. Dunstan Parish*
1133 Broadway Ave.
Millbrae, CA 94030
*TERMINATED: 09/05/2025*

represented **St. Dunstan Parish**
     by PRO SE


*Defendant*
––––––––––––––––––––––––––
**St. Dunstan,** *St. Dunstan*
1150 Magnolia Ave.
Millbrae, CA 94030
*TERMINATED: 09/05/2025*

represented **St. Dunstan**
     by PRO SE


*Defendant*
––––––––––––––––––––––––––
**St. Elizabeth Parish,** *St. Elizabeth Parish*
459 Somerset St.
San Francisco, CA 94134
*TERMINATED: 09/05/2025*

represented **St. Elizabeth Parish**
     by PRO SE

*Defendant*
—————————————————————

**St. Emydius Parish,** *St. Emydius Parish*
286 Ashton Ave.
San Francisco, CA 94112
*TERMINATED: 09/05/2025*

represented **St. Emydius Parish**
by PRO SE

*Defendant*
—————————————————————

**St. Finn Barr Parish,** *St. Finn Barr Parish*
415 Edna St.
San Francisco, CA 94112
*TERMINATED: 09/05/2025*

represented **St. Finn Barr Parish**
by PRO SE

*Defendant*
—————————————————————

**St. Finn Barr,** *St. Finn Barr*
419 Hearst Ave.
San Francisco, CA 94112
*TERMINATED: 09/05/2025*

represented **St. Finn Barr**
by PRO SE

*Defendant*
—————————————————————

**St. Francis of Assisi Parish**
1425 Bay Rd.
East Palo Alto, CA 94303
*TERMINATED: 09/05/2025*

represented **St. Francis of Assisi Parish**
by PRO SE

*Defendant*
—————————————————————

**St. Gabriel Parish,** *St. Gabriel Parish*
2559 40th Ave.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*

represented **St. Gabriel Parish**
by PRO SE

*Defendant*
—————————————————————

**St. Gabriel,** *St. Gabriel*
2550 41st Ave.
San Francisco, CA 94116
*TERMINATED: 09/05/2025*

represented **St. Gabriel**
by PRO SE

*Defendant*
—————————————————————

**St. Gregory Parish,** *St. Gregory Parish*
2715 Hacienda St.
San Mateo, CA 94403
*TERMINATED: 09/05/2025*

represented **St. Gregory Parish**
by PRO SE

*Defendant*

—————————————————————

**St. Gregory,** *St. Gregory*
2701 Hacienda St.
San Mateo, CA 94403
*TERMINATED: 09/05/2025*

represented **St. Gregory**
by PRO SE

*Defendant*

—————————————————————

**St. Hilary Parish,** *St. Hilary Parish*
761 Hilary Dr.
Tiburon, CA 94920
*TERMINATED: 09/05/2025*

represented **St. Hilary Parish**
by PRO SE

*Defendant*

—————————————————————

**St. Hilary,** *St. Hilary*
765 Hilary Dr.
Tiburon, CA 94920
*TERMINATED: 09/05/2025*

represented **St. Hilary**
by PRO SE

*Defendant*

—————————————————————

**St. Ignatius Parish,** *St. Ignatius Parish*
650 Parker Ave.
San Francisco, CA 94118
*TERMINATED: 09/05/2025*

represented **St. Ignatius Parish**
by PRO SE

*Defendant*

—————————————————————

**St. Isabella Parish,** *St. Isabella Parish*
1 Trinity Way
San Rafael, CA 94903
*TERMINATED: 09/04/2025*

represented **St. Isabella Parish**
by PRO SE

*Defendant*

—————————————————————

**St. Isabella,** *St. Isabella*
1 Trinity Way
San Rafael, CA 94903
*TERMINATED: 09/04/2025*

represented **St. Isabella**
by PRO SE

*Defendant*

—————————————————————

**St. James Parish,** *St. James Parish*
1086 Guerrero St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. James Parish**
by PRO SE

*Defendant*

—————————————————————

**St. James,** *St. James*
321 Fair Oaks St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. James**
by PRO SE

*Defendant*
─────────────────────────

**St. John of God Parish,** *St. John of God Parish*
1290 Fifth Ave.
San Francisco, CA 94122
*TERMINATED: 09/04/2025*

represented **St. John of God Parish**
by PRO SE

*Defendant*
─────────────────────────

**St. John the Evangelist Parish,** *St. John the Evangelist Parish*
19 Saint Marys Ave.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **St. John the Evangelist Parish**
by PRO SE

*Defendant*
─────────────────────────

**St. John the Evangelist,** *St. John the Evangelist*
925 Chenery St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

represented **St. John the Evangelist**
by PRO SE

*Defendant*
─────────────────────────

**St. Kevin Parish,** *St. Kevin Parish*
704 Cortland Ave.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. Kevin Parish**
by PRO SE

*Defendant*
─────────────────────────

**St. Lukes Catholic Church,** *St. Lukes Catholic Church*
1111 Beach Park Blvd.
Foster City, CA 94404
*TERMINATED: 09/04/2025*

represented **St. Lukes Catholic Church**
by PRO SE

*Defendant*
─────────────────────────

**St. Mark's Parish,** *St. Mark's Parish*
325 Marine View Ave.
Belmont, CA 94002
*TERMINATED: 09/04/2025*

represented **St. Mark's Parish**
by PRO SE

*Defendant*
─────────────────────────

**St. Mary Star of the Sea,** *St. Mary Star of the Sea*
180 Harrison Ave.
Sausalito, CA 94965
*TERMINATED: 09/04/2025*

represented **St. Mary Star of the Sea**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Matthew Parish,** *St. Matthew Parish*
1 Notre Dame Ave.
San Mateo, CA 94402
*TERMINATED: 09/04/2025*

represented **St. Matthew Parish**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Matthew,** *St. Matthew*
910 South El Camino Real
San Mateo, CA 94402
*TERMINATED: 09/04/2025*

represented **St. Matthew**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Matthias Parish,** *St. Matthias Parish*
1685 Cordilleras Rd.
Redwood City, CA 94062
*TERMINATED: 09/04/2025*

represented **St. Matthias Parish**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Matthias Preschool,** *St. Matthias Preschool*
533 Canyon Rd.
Redwood City, CA 94062
*TERMINATED: 09/04/2025*

represented **St. Matthias Preschool**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Michaels Korean Church,** *St. Michaels Korean Church*
32 Broad St.
San Francisco, CA 94112
*TERMINATED: 09/04/2025*

represented **St. Michaels Korean Church**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Monica,** *St. Monica*
470 24th Ave.
San Francisco, CA 94121
*TERMINATED: 09/04/2025*

represented **St. Monica**
by PRO SE

*Defendant*
––––––––––––––––––––––––––

**St. Monica,** *St. Monica School*
3835 Geary Blvd.
San Francisco, CA 94121
*TERMINATED: 09/04/2025*

represented **St. Monica**
by PRO SE

*Defendant*
─────────────────────────

**St. Patrick Larkspur,** *St. Patrick Larkspur*
114 King St.
Larkspur, CA 94939
*TERMINATED: 09/04/2025*

represented **St. Patrick Larkspur**
by PRO SE

*Defendant*
─────────────────────────

**St. Patrick,** *St. Patrick*
120 King St.
Larkspur, CA 94939
*TERMINATED: 09/04/2025*

represented **St. Patrick**
by PRO SE

*Defendant*
─────────────────────────

**St. Patrick Thrift Shop,** *St. Patrick Thrift Shop*
457 Magnolia Ave.
Larkspur, CA 94939
*TERMINATED: 09/04/2025*

represented **St. Patrick Thrift Shop**
by PRO SE

*Defendant*
─────────────────────────

**St. Patricks Church,** *St. Patricks Church*
756 Mission St.
San Francisco, CA 94103
*TERMINATED: 09/04/2025*

represented **St. Patricks Church**
by PRO SE

*Defendant*
─────────────────────────

**St. Paul of the Shipwreck,** *St. Paul of the Shipwreck*
1122 Jamestown Ave.
San Francisco, CA 94124
*TERMINATED: 09/04/2025*

represented **St. Paul of the Shipwreck**
by PRO SE

*Defendant*
─────────────────────────

**St. Paul Parish,** *St. Paul Parish*
221 Valley St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

represented **St. Paul Parish**
by PRO SE

*Defendant*
─────────────────────────

**St. Paul,** *St. Paul*

represented **St. Paul**

1690 Church St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Paul Preschool,** *St. Paul Preschool*
1690 Church St.
San Francisco, CA 94131
*TERMINATED: 09/04/2025*

represented **St. Paul Preschool**
by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Peter,** *St. Peter*
1200 Florida St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. Peter**
by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Peter,** *St. Peter School*
1266 Florida St.
San Francisco, CA 94110
*TERMINATED: 09/04/2025*

represented **St. Peter**
by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Peter Parish,** *St. Peter Parish*
700 Oddstad Blvd.
Pacifica, CA 94044
*TERMINATED: 09/04/2025*

represented **St. Peter Parish**
by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Philip the Apostle,** *St. Philip the Apostle*
725 Diamond St.
San Francisco, CA 94114
*TERMINATED: 09/04/2025*

represented **St. Philip the Apostle**
by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Philip the Apostle School,** *St. Philip the Apostle School*
665 Elizabeth St.
San Francisco, CA 94114
*TERMINATED: 09/04/2025*

represented **St. Philip the Apostle School**
by PRO SE

**Defendant**
–––––––––––––––––––––––––

**St. Pius Parish,** *St. Pius Parish*
1100 Woodside Rd.
Redwood City, CA 94061

represented **St. Pius Parish**
by PRO SE

*TERMINATED: 09/04/2025*

*Defendant*
—————————————————
**St. Pius,** *St. Pius*
1100 Woodside Rd.
Redwood City, CA 94061
*TERMINATED: 09/04/2025*

represented **St. Pius**
by PRO SE

*Defendant*
—————————————————
**St. Raphael Parish,** *St. Raphael Parish*
1104 Fifth Ave.
San Rafael, CA 94901
*TERMINATED: 09/04/2025*

represented **St. Raphael Parish**
by PRO SE

*Defendant*
—————————————————
**St. Raphael,** *St. Raphael*
1100 Fifth Ave.
San Rafael, CA 94901
*TERMINATED: 09/04/2025*

represented **St. Raphael**
by PRO SE

*Defendant*
—————————————————
**St. Raymond Parish,** *St. Raymond Parish*
1100 Santa Cruz Ave.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **St. Raymond Parish**
by PRO SE

*Defendant*
—————————————————
**St. Raymond,** *St. Raymond*
1211 Arbor Rd.
Menlo Park, CA 94025
*TERMINATED: 09/04/2025*

represented **St. Raymond**
by PRO SE

*Defendant*
—————————————————
**St. Rita Parish,** *St. Rita Parish*
100 Marinda Dr.
Fairfax, CA 94930
*TERMINATED: 09/04/2025*

represented **St. Rita Parish**
by PRO SE

*Defendant*
—————————————————
**St. Robert Parish,** *St. Robert Parish*
1380 Crystal Springs Rd.
San Bruno, CA 94066
*TERMINATED: 09/04/2025*

represented **St. Robert Parish**
by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Robert,** *St. Robert*
345 Oak Ave.
San Bruno, CA 94066
*TERMINATED: 09/04/2025*

represented **St. Robert**
    by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Sebastian the Martyr,** *St. Sebastian the Martyr*
373 Bon Air Rd.
GreenBrae, CA 94904
*TERMINATED: 09/04/2025*

represented **St. Sebastian the Martyr**
    by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Stephen Parish,** *St. Stephen Parish*
601 Eucalyptus Dr.
San Francisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Stephen Parish**
    by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Stephen,** *St. Stephen*
401 Eucalyptus Dr.
San Francisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Stephen**
    by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Teresa Parish,** *St. Teresa Parish*
1490 19th St.
San Francisco, CA 94107
*TERMINATED: 09/04/2025*

represented **St. Teresa Parish**
    by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Thomas More Parish,** *St. Thomas More Parish*
1300 Junipero Serra Blvd.
San Fancisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Thomas More Parish**
    by PRO SE

*Defendant*
―――――――――――――――――――――

**St. Thomas More,** *St. Thomas More*
50 Thomas More Way
San Fancisco, CA 94132
*TERMINATED: 09/04/2025*

represented **St. Thomas More**
    by PRO SE

*Defendant*
———————————————————

**St. Thomas the Apostle Preschool,**
*St. Thomas the Apostle Preschool*
710 40th Ave.
San Francisco, Ca 94121
*TERMINATED: 09/04/2025*

represented **St. Thomas the Apostle Preschool**
by PRO SE


*Defendant*
———————————————————

**St. Timothy Parish,** *St. Timothy*
*Parish*
1515 Dolan Ave.
San Mateo, CA 94401
*TERMINATED: 09/04/2025*

represented **St. Timothy Parish**
by PRO SE


*Defendant*
———————————————————

**St. Timothy,** *St. Timothy*
1515 Dolan Ave.
San Mateo, CA 94401
*TERMINATED: 09/04/2025*

represented **St. Timothy**
by PRO SE


*Defendant*
———————————————————

**St. Veronica Parish,** *St. Veronica*
*Parish*
434 Alida Way
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **St. Veronica Parish**
by PRO SE


*Defendant*
———————————————————

**St. Veronica,** *St. Veronica*
434 Alida Way
South San Francisco, CA 94080
*TERMINATED: 09/04/2025*

represented **St. Veronica**
by PRO SE


*Defendant*
———————————————————

**St. Vincent de Paul Parish,** *St.*
*Vincent de Paul Parish*
2320 Green St.
San Francisco, CA 94123
*TERMINATED: 09/04/2025*

represented **St. Vincent de Paul Parish**
by PRO SE


*Defendant*
———————————————————

**St. Vincent de Paul,** *St. Vincent de*
*Paul*
2350 Green St.
San Francisco, CA 94123
*TERMINATED: 09/04/2025*

represented **St. Vincent de Paul**
by PRO SE

*Defendant*
————————————————————
**Star of the Sea,** *Star of the Sea*
4420 Geary Blvd.
San Francisco, CA 94118
*TERMINATED: 09/04/2025*

represented **Star of the Sea**
by PRO SE

*Defendant*
————————————————————
**Star of the Sea School,** *Star of the Sea School*
360 9th Ave.
San Francisco, CA 94118
*TERMINATED: 09/04/2025*

represented **Star of the Sea School**
by PRO SE

*Defendant*
————————————————————
**Star of the Sea Preschool,** *Star of the Sea Preschool*
360 9th Ave.
San Francisco, CA 94118
*TERMINATED: 09/04/2025*

represented **Star of the Sea Preschool**
by PRO SE

*Defendant*
————————————————————
**Parishes of the Roman Catholic Archdiocese of San Francisco**

represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
520−629−4427
Fax : 520−622−3088
Email: Robert.Charles@wbd−us.com

**Patrick Emerson McCormick**
Womble Bond Dickinson (US) LLP
One South Church Ave
Ste 2000
Tucson, AZ 85701
520−622−2090
Email: patrick.e.mccormick@wbd−us.com

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
50 California Street, Suite 2750
San Francisco, CA 94111
602−262−5316
Fax : 602−262−5747
Email: Katie.Rios@wbd−us.com

*Defendant*
————————————————————
**Sts. Peter & Paul Church (Sts. Peter & Paul School)**

represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701−1611
520−629−4427

Case: 25-03021    Doc# 198-2    Filed: 04/17/26    Entered: 04/17/26 15:29:31    Page 25 of 60

Fax : 520−622−3088
Email: Robert.Charles@wbd−us.com

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602−262−5316
Fax : 602−262−5747
Email: Katie.Rios@wbd−us.com

*Defendant*
––––––––––––––––––––––––

**Star of the Sea Church (Stella Maris Academy)**     represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Vincent de Paul Church (St. Vincent de Paul School)**     represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Veronica Church (St. Veronica School)**     represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Timothy Church (St. Timothy School)**     represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Thomas More Church (St. Thomas More School)**     represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––

**St. Teresa Church**     represented by   **Robert M Charles, Jr**

by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————

**St. Stephen Church (St. Stephen School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————

**St. Sebastian Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————

**St. Robert Church (St. Robert School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————

**St. Rita Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————

**St. Raymond Church (St. Raymond School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————

**St. Raphael Church (St. Raphael School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**St. Pius Church (St. Pius School)** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*

**All Hallows Chapel** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*

**All Souls Church (All Souls School)** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*

**Church of the Assumption of Mary (Tomales)** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*

**Church of the Epiphany (Epiphany School)** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*

**Church of the Good Shepherd (Good Shepherd School)** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*

**Church of the Nativity (Nativity School) (Menlo Park)** represented by Robert M Charles, Jr (See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*
_____

**Church of the Nativity (San Francisco)**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
_____

**Corpus Christi Church**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
_____

**Holy Angels Church (Holy Angels School)**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
_____

**Holy Name of Jesus Church (Holy Name School)**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
_____

**Church of the Immaculate Heart of Mary(Immaculate Heart of Mary School)**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
_____

**St. Philip the Apostle (St. Philip School)**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
_____

**St. Peter Church (St. Peter School) (San Francisco)**   represented by   **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios**

*Defendant*

**St. Peter Church (Pacifica)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**Master Dolorosa Church**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**St. Paul of the Shipwreck**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**St. Paul Church (St. Paul School)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**Most Holy Redeemer Church**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**St. Patrick Church (San Francisco)**    represented by    **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

**Most Holy Rosary Chapel**    represented by    **Robert M Charles, Jr**
(See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*
––––––––––––––––––––––––––

**St. Patrick Church (St. Patrick School) (St. Patrick Thrift Shop) (Larkspur)**

represented by **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
––––––––––––––––––––––––––

**St. Monica−St. Thomas the Apostle Church (St. Monica School)**

represented by **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
––––––––––––––––––––––––––

**Notre Dame Des Victoires (Ecole Notre Dame des Victoires)**

represented by **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
––––––––––––––––––––––––––

**St. Michael Korean Church**

represented by **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
––––––––––––––––––––––––––

**Old St. Mary's Cathedral & Chinese Mission/Cathedral of St Mary of the Immaculate Conception**

represented by **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
––––––––––––––––––––––––––

**St. Matthias Church**

represented by **Robert M Charles, Jr** (See above for address)

**Kathleen Mary Derrig Rios** (See above for address)

*Defendant*
––––––––––––––––––––––––––

**Our Lady of Fatima Russian
Byzantine Catholic**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
─────────────────────────

**St. Matthew Church (St. Matthias
Preschool)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
─────────────────────────

**Our Lady of Guadalupe Mission
(Brisbane)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
─────────────────────────

**Our Lady of Angels Church (Our
Lady of Angels School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
─────────────────────────

**St. Mary Church**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
─────────────────────────

**Our Lady of Loretto Church (Our
Lady of Loretto School)**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
─────────────────────────

**St. Mary Star of the Sea**

represented
by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
———————————————
**Our Lady of Lourdes Church**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
———————————————
**St. Mary Magdalene Mission**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
———————————————
**Our Lady of Mercy Church (Our Lady of Mercy School)**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
———————————————
**St. Mark Church**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
———————————————
**St. Luke Church**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
———————————————
**St. Kevin Church**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)


*Defendant*
———————————————
**St. John of God Chapel**

represented by **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**

(See above for address)

*Defendant*
––––––––––––––––––––––––––
**St. John the Evangelist Church (St. John School)**    represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––––
**St. James Church (St. James School)**    represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––––
**St. Isabella Church (St. Isabella School)**    represented by   **Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
––––––––––––––––––––––––––
**St. Ignatius Church**
*TERMINATED: 02/10/2026*    represented by   **David P. Bender, Jr**
Haynes and Boone, LLP
1 Post Street, Suite 2800
San Francisco, CA 94104
972−739−6900
*TERMINATED: 02/10/2026*

**Robert M Charles, Jr**
Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701−1611
520−629−4427
*TERMINATED: 02/10/2026*

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602−262−5316
*TERMINATED: 02/10/2026*

*Defendant*
––––––––––––––––––––––––––
**St. Hilary Church (St. Hilary School)**    represented by   **Robert M Charles, Jr**
(See above for address)

Kathleen Mary Derrig Rios
(See above for address)

*Defendant*
————————————————
**St. Helen Mission**                  represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)

*Defendant*
————————————————
**St. Gregory Church (St. Gregory**    represented   **Robert M Charles, Jr**
**School)**                            by   (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)

*Defendant*
————————————————
**St. Gabriel Church (St. Gabriel**    represented   **Robert M Charles, Jr**
**School)**                            by   (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)

*Defendant*
————————————————
**St. Francis of Assisi**              represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)

*Defendant*
————————————————
**St. Finn Barr Church (St. Finn**     represented   **Robert M Charles, Jr**
**Barr School)**                       by   (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)

*Defendant*
————————————————
**St. Emydius Church**                 represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                       **Kathleen Mary Derrig Rios**
                                       (See above for address)

*Defendant*
————————————————
**St. Elizabeth Church**               represented   **Robert M Charles, Jr**

by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
———————————————————

**St. Dunstan Church (St. Dunstan School)** represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
———————————————————

**St. Dominic Church**
*TERMINATED: 01/20/2026* represented **Robert M Charles, Jr**
by Womble Bond Dickinson (US) LLP
One South Church Avenue
Ste 2000
Tucson, AZ 85701−1611
520−629−4427
*TERMINATED: 01/20/2026*

**Kathleen Mary Derrig Rios**
Womble Bond Dickinson (US) LLP
201 E. Washington St.
Suite 1200
Phoenix, AZ 85004
602−262−5316
*TERMINATED: 01/20/2026*

*Defendant*
———————————————————

**St. Denis Church** represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
———————————————————

**St. Charles Church (St. Charles School)** represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
———————————————————

**St. Charles Borromeo Church** represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**St. Cecilia Church (Lagunitas)**    represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                            **Kathleen Mary Derrig Rios**
                                            (See above for address)


*Defendant*

——————————————————————

**St. Cecilia Church (St. Cecilia**    represented   **Robert M Charles, Jr**
**School) (San Francisco)**            by   (See above for address)

                                            **Kathleen Mary Derrig Rios**
                                            (See above for address)


*Defendant*

——————————————————————

**St. Catherine of Siena Church (St.**   represented   **Robert M Charles, Jr**
**Catherine of Siena School)**           by   (See above for address)

                                            **Kathleen Mary Derrig Rios**
                                            (See above for address)


*Defendant*

——————————————————————

**St. Bruno Church**                   represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                            **Kathleen Mary Derrig Rios**
                                            (See above for address)


*Defendant*

——————————————————————

**St. Brendan Church (St. Brendan**    represented   **Robert M Charles, Jr**
**School)**                            by   (See above for address)

                                            **Kathleen Mary Derrig Rios**
                                            (See above for address)


*Defendant*

——————————————————————

**St. Boniface Church**                represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                            **Kathleen Mary Derrig Rios**
                                            (See above for address)


*Defendant*

——————————————————————

**St. Benedict Parish**                represented   **Robert M Charles, Jr**
                                       by   (See above for address)

                                            **Kathleen Mary Derrig Rios**

*Defendant*
——————————————————————

**St. Bartholomew Church**         represented **Robert M Charles, Jr**
                                   by (See above for address)

                                   **Kathleen Mary Derrig Rios**
                                   (See above for address)


*Defendant*
——————————————————————

**St. Augustine Church**           represented **Robert M Charles, Jr**
                                   by (See above for address)

                                   **Kathleen Mary Derrig Rios**
                                   (See above for address)


*Defendant*
——————————————————————

**St. Anthony of Padua Church**    represented **Robert M Charles, Jr**
                                   by (See above for address)

                                   **Kathleen Mary Derrig Rios**
                                   (See above for address)


*Defendant*
——————————————————————

**St. Anthony of Padua Church**    represented **Robert M Charles, Jr**
**(Novato)**                       by (See above for address)

                                   **Kathleen Mary Derrig Rios**
                                   (See above for address)


*Defendant*
——————————————————————

**St. Anthony Mission (Pescadero)**  represented **Robert M Charles, Jr**
                                     by (See above for address)

                                   **Kathleen Mary Derrig Rios**
                                   (See above for address)


*Defendant*
——————————————————————

**St. Anthony Church (Menlo Park)**  represented **Robert M Charles, Jr**
                                     by (See above for address)

                                   **Kathleen Mary Derrig Rios**
                                   (See above for address)


*Defendant*
——————————————————————

**Our Lady of Mount Carmel**       represented **Robert M Charles, Jr**
**Church (Mill Valley)**           by (See above for address)

*Defendant*

——————————————————————

**Our Lady of Mount Carmel Church (Our Lady of Mt. Carmel School) (Redwood City)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**Our Lady of Perpetual Help (Our Lady of Perpetual Help School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**Our Lady of the Pillar Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**Our Lady of the Visitacion Church (Our Lady of the Visitacion School)**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**Our Lady of the Wayside**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**Sacred Heart Church**

represented by

**Robert M Charles, Jr**
(See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*

——————————————————————

**San Jose Obero Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**National Shrine of St. Francis of Assisi**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Agnes Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Andrew Church**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Anne of the Sunset Church (St. Anne School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

*Defendant*
————————————————————

**St. Anselm Church (St. Anselm School)**  represented **Robert M Charles, Jr**
by (See above for address)

**Kathleen Mary Derrig Rios**
(See above for address)

| Filing Date | # | | Docket Text |
|---|---|---|---|
| 03/30/2026 | | 188 | Statement of Issues on Appeal,*and*, Appellant Designation of Contents For Inclusion in Record On Appeal (RE: related document(s)185 Notice of Appeal and Statement of Election filed by Interested Party Archdiocese of San Francisco Capital Assets Support Corporation). Appellee designation due by 04/15/2026. Filed by Interested Party Archdiocese of San Francisco Capital Assets Support Corporation (Diamond, Allan) (Entered: 03/30/2026) |

Case: 25-03021   Doc# 198-2   Filed: 04/17/26   Entered: 04/17/26 15:29:31   Page 40 of 60

| | | | |
|---|---|---|---|
| 04/09/2026 | | <u>193</u> | *Counter−Designation of the Record and Statement of the Issue filed by Appellee the Official Committee Of Unsecured Creditors*. (RE: related document(s)<u>188</u> Statement of Issues on Appeal, Appellant Designation). Filed by Plaintiff The Official Committee Of Unsecured Creditors (Michael, Brittany)Modified on 4/14/2026 (myt). (Entered: 04/09/2026) |
| 04/10/2026 | | <u>194</u> | Certificate of Service (RE: related document(s)<u>193</u> Document). Filed by Plaintiff The Official Committee Of Unsecured Creditors (Michael, Brittany) (Entered: 04/10/2026) |

Damion D. D. Robinson, SBN 262573
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Tel:      (424) 278-2335
Email:    damion.robinson@diamondmccarthy.com

Allan B. Diamond, Esq. (admitted *pro hac vice*)
Christopher D. Johnson, Esq. (admitted *pro hac vice*)
Justin Strother (admitted *pro hac vice*)
**DIAMOND McCARTHY LLP**
2200 Post Oak Blvd., Suite 1000
Houston, Texas 77056
Telephone: (713) 333-5100
Fax: (713) 333-5199
Email:  adiamond@diamondmccarthy.com
        chris.johnson@diamondmccarthy.com
        justin.strother@diamondmccarthy.com

*Attorneys for Archdiocese of San Francisco*
*Capital Assets Support Corporation*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re: | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | Adv. Proc. No. 25-03021 |
| Plaintiff, | |
| vs. | **APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD** |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, *et al.*, | |
| Defendants. | |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellant, the Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation ("Appellant"), (i) designates the following items to be included in the record on appeal, and (ii) submits the following statement of issues to the considered on appeal from the Order Denying Motion to

Page 1

Intervene [ECF 179] (the "Intervention Order")[1] entered by the United States Bankruptcy Court for the Northern District of California (the "Bankruptcy Court").

### A. Statement of Issues to be Considered on Appeal

Appellant presents the following statement of issues to be considered on appeal:

1. Did the bankruptcy court err in finding that CASC does not have a "significantly protectable" interest under Federal Rule of Civil Procedure 24(a)(2), where CASC holds legal title to funds—including endowments, donor-restricted funds, and funds held in charitable trust—on behalf of non-debtor parishes, schools, cemeteries, and other entities, and where CASC is charged with fiduciary obligations to safeguard and administer those funds in accordance with donor restrictions and applicable California law, including the California Corporations Code and the Uniform Prudent Management of Institutional Funds Act?

2. Did the bankruptcy court err in characterizing CASC as a mere "depository" with "no independent interest" in the funds it holds, despite CASC's undisputed legal title to the funds, its assumption of both civil and canonical obligations with respect to those funds, its maintenance of separate audited financial statements, and its status as a separate nonprofit religious corporation with fiduciary duties distinct from those of any defendant in the adversary proceeding?

3. Did the bankruptcy court err in finding that disposition of the adversary proceeding would not impair or impede CASC's ability to protect its interest, where (a) the Committee's complaint seeks a declaration that all assets of the Debtor's alleged "operating divisions" are property of the bankruptcy estate, which necessarily encompasses assets held and managed by CASC; (b) the Committee has represented that it intends to use any such declaration as a basis to compel turnover of CASC-managed assets to satisfy the claims of the Debtor's general creditors; (c) CASC, as a separate nonprofit entity that cannot be subjected to involuntary bankruptcy under 11 U.S.C. § 303(a), would face the functional equivalent of

---

[1] The Intervention Order denied the *Motion to Intervene of the Archdiocese of San Francisco Capital Assets Support Corporation Motion to Intervene Under Fed. R. Civ. P. 24 and Memorandum of Law in Support* (the "Motion to Intervene") [ECF 111].

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

43

substantive consolidation without the procedural protections that doctrine requires; and (d) CASC would face risks of issue preclusion and forfeiture of its ability to defend the charitable trust and donor-restriction status of the funds it manages in any subsequent proceeding?

4. Did the bankruptcy court err in concluding that any interest CASC may have in this proceeding is adequately represented by the existing defendants, despite (a) the minimal burden of showing inadequacy of representation recognized by the Supreme Court in *Berger v. North Carolina State Conference of NAACP*, 142 S. Ct. 2191, 2203 (2022); (b) CASC's distinct legal status as a separate nonprofit entity that holds legal title to and fiduciary obligations over assets that no existing defendant holds or manages; (c) CASC's unique knowledge and expertise regarding the donor restrictions, charitable trust status, and applicable regulatory and canonical obligations governing the funds it administers; and (d) the fact that CASC was deliberately excluded from the adversary proceeding as a named defendant, which itself demonstrates that the existing parties are not similarly situated to CASC and cannot be expected to raise CASC's distinct defenses?

5. Did the bankruptcy court apply an improperly restrictive standard to the Rule 24(a)(2) analysis by (a) failing to apply the Ninth Circuit's mandate that Rule 24 "receives liberal construction in favor of applicants for intervention"; (b) resolving disputed factual and legal issues—including the nature of CASC's interest in the assets it manages and the practical effect of the adversary proceeding on CASC-managed funds—against CASC at the threshold intervention stage rather than permitting those issues to be litigated on the merits; and (c) crediting the Committee's characterization of the relief it seeks while disregarding CASC's evidence that the Committee's complaint and litigation strategy directly implicate the assets CASC holds in trust?

Appellant reserves the right to modify, restate, or supplement the foregoing issues to the fullest extent permitted by applicable rules and law, and hereby incorporates into the foregoing statement any additional issues identified by any other appellant or cross-appellant appealing from the Order.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

Appellant designates the following items to be included in the record on appeal, including all exhibits, appendices and/or addenda[2]:

| Docket Number | Description | Filing Date |
|---|---|---|
| 1. | Complaint by The Official Committee of Unsecured Creditors | 05/06/2025 |
| 10. | Amended Complaint of The Official Committee of Unsecured Creditors | 07/09/2025 |
| 12. | Motion to Dismiss Case of Holy Cross Catholic Cemeteries et al. | 07/21/2025 |
| 13. | Motion to Dismiss Case of Archbishop Riordan High School et al. | 07/21/2025 |
| 14. | Motion to Dismiss Case of The Roman Catholic Archbishop of San Francisco | 07/21/2025 |
| 15. | Motion to Dismiss Case of Parishes of the Roman Catholic Archdiocese of San Francisco | 07/21/2025 |
| 16. | Motion to Dismiss Case of Parishes of the Roman Catholic Archdiocese of San Francisco | 07/21/2025 |
| 17. | Memorandum of Points and Authorities in Support of Motion to Dismiss & Joinder of Parishes of the Roman Catholic Archdiocese of San Francisco | 07/21/2025 |
| 18. | Motion to Dismiss Party Sacred Heart Cathedral Preparatory's Motion to Dismiss Amended Complaint | 07/21/2025 |
| 20. | The Parishes of the Roman Catholic Archdiocese of San Francisco's Notice of Errata regarding Motion to Dismiss & Joinder, Document Nos. 15 &16 | 07/22/2025 |
| 29. | Motion to Dismiss Case of Vallombrosa Retreat Center | |
| 30. | Brief/Memorandum in Opposition to The Official Committee of Unsecured Creditors' Omnibus Opposition to Defendants' Motion to Dismiss Amended Complaint | 08/14/2025 |
| 35. | Reply to Motion to Dismiss of Holy Cross Catholic Cemeteries et al. | 08/21/2025 |
| 36. | Reply Brief in Support of Motion to Dismiss Complaint of Archbishop Riordan High School et al. | 8/21/2025 |
| 37. | Reply of The Roman Catholic Archbishop of San Francisco in Support of Motion to Dismiss | 08/21/2025 |
| 39. | Reply Memorandum in Support of The Parishes' Motion to Dismiss & Joinder | 08/21/2025 |
| 40. | Reply Memorandum of Sacred Heart Cathedral Preparatory's Further Support of Its Motion to Dismiss | 08/21/2025 |
| 41. | Corrected Reply [Correct PDF Conversion Error] The Roman Catholic Archbishop of San Franciscos Reply in Support of Motion to Dismiss | 08/22/2025 |

[2] Appellant designates all transcripts from the hearings in the adversary proceeding regarding the Motion to Intervene.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

| | | |
|---|---|---|
| 43. | Amended Complaint with Corrected Ex A | 09/04/2025 |
| 44. | Order Regarding Future Conduct of Adversary Proceeding re Motion to Dismiss | 09/04/2025 |
| 50. | The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate | 09/11/2025 |
| 51. | Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate | 09/11/2025 |
| 53. | Second Amended Complaint | 09/11/2025 |
| 61. | Answer to Complaint of Vallombrosa Retreat Center | 10/01/2025 |
| 62. | Answer to Second Amended Complaint of Sacred Heart Cathedral Preparatory | 10/01/2025 |
| 63. | Answer to Second Amended Complaint of Archbishop Riordan High School et al. | |
| 64. | Answer to Second Amended Complaint of The Roman Catholic Archbishop of San Francisco | 10/01/2025 |
| 65. | Answer to Complaint of Holy Cross Catholic Cemeteries et al. | 10/01/2025 |
| 66. | Answer to Second Amended Complaint of Parishes of the Roman Catholic Archdiocese of San Francisco | 10/01/2025 |
| 67. | The Roman Catholic Archbishop of San Francisco's Objection to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/02/2025 |
| 68. | Joinder and Response of Parishes of the Roman Catholic Archdiocese of San Francisco to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/02/2025 |
| 69. | Sacred Heart Cathedral Preparatory Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/06/2025 |
| 70. | Archbishop Riordan High School et al.'s Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/06/2025 |
| 71. | Holy Cross Catholic Cemeteries et al.'s Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/07/2025 |
| 72. | Vallombrosa Retreat Center's Joinder in Objections of Debtor and Parishes to The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/07/2025 |
| 74. | The Official Committee of Unsecured Creditors Omnibus Reply in Support of the Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates | 10/16/2025 |

Page 5

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

| 81. | Tentative Ruling on Motion for Authority, etc. | 10/20/2025 |
|---|---|---|
| 82. | The Roman Catholic Archbishop of San Francisco's Response to the Court's Tentative Ruling | 10/22/2025 |
| 83. | Statement of Archbishop Rioran High School et al.'s Regarding Tentative Ruling | 10/22/2025 |
| 84. | Sacred Heart Cathedral Preparatory's Response to the Court's Tentative Ruling | 10/22/2025 |
| 85. | Sacred Heart Cathedral Preparatory's Corrected Response to the Court's Tentative Ruling | 10/22/2025 |
| 88. | Order Granting The Official Committee of Unsecured Creditors' Motion for Authority to Commence and Prosecute Litigation Against Diocesan Affiliates | 10/24/2025 |
| 89. | Memorandum Regarding Scheduling Conference on November 6, 2025 | 10/29/2025 |
| 103. | Order After Scheduling Conference on November 6, 2025 | 11/07/2025 |
| 104. | Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/18/2025 |
| 105. | Declaration of Brittany Michael in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/18/2025 |
| 106. | Notice of Motion and Hearing on The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/18/2025 |
| 108. | Corrected Motion for Summary Judgment of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment | 11/19/2025 |
| 111. | Motion to Intervene and Memorandum of Law in Support of The Archdiocese of San Francisco Capital Assets Support Corporation | 12/15/2025 |
| 112. | Declaration of Philip Skrade in Support of Motion to Intervene | 12/15/2025 |
| 113. | The Official Committee of Committee of Unsecured Creditors Stipulation, Extending Certain Opposition and Reply Deadlines Regarding the Committee's Partial Summary Judgment Motion | 12/16/2025 |
| 114. | The Roman Catholic Archbishop of San Franciscos Opposition to The Official Committee of Unsecured Creditors Partial Summary Judgment Motion | 12/16/2025 |
| 133. | The Official Committee of Unsecured Creditors Objection to The Archdiocese of San Francisco Capital Assets Support Corporations Motion to Intervene | 01/02/2026 |
| 134. | Declaration of Brittany Michael in Support of The Official Committee of Unsecured Creditors Objection to The Archdiocese of San Francisco Capital Assets Support Corporations Motion to Intervene | 01/02/2026 |
| 139. | Archdiocese of San Francisco Capital Assets Support Corporation's Reply in Support of Motion to Intervene | 01/08/2026 |
| 140. | St. Dominic's Priory of Francisco's Motion for Leave to File Supplemental Amended Answer to Second Amended Complaint | 01/14/2026 |
| 149. | Transcript regarding Hearing 1/15/2026 re: Scheduling Conference | 01/26/2026 |
| 160. | The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

| | | |
|---|---|---|
| 161. | Memorandum of Points and Authorities in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 162. | The Official Committee of Unsecured Creditors' Separate Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 163. | Declaration of Brittany Michael in Support of The Official Committee of Unsecured Creditors' Separate Statement of Undisputed Facts in Support of Its Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 164. | Request to Take Judicial Notice in Support of The Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment Regarding the Division Defendants' Alleged Separate Legal Status | 02/19/2026 |
| 166. | The Official Committee of Unsecured Creditors' Administrative Motion to Consider Whether Defendant's Documents Should Be Sealed | 02/19/2026 |
| 179. | Order Denying Motion to Intervene | 03/04/2026 |

### C.     <u>Reservation of Rights</u>

Appellant reserves the right to withdraw, supplement, amend or modify this designation of record on appeal. This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.

### CERTIFICATE PURSUANT TO BANKRUPTCY RULE 8009(b)(1)(B)

Appellant respectfully certifies that they are not ordering any transcripts, as the relevant transcripts have been transcribed and docketed.

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

Case: 25-03021   Doc# 198-2   Filed 03/01/26   Entered 03/01/26 15:29:31   Page 7 of 60

Dated: March 30, 2026

DIAMOND MCCARTHY LLP

*/s/ Allan B. Diamond*
Damion D.D. Robinson
8430 Santa Monica Blvd., Suite 200
West Hollywood, California 90069
Telephone: 424-278-2335
damion.robinson@diamondmccarthy.com

Allan B. Diamond (admitted *pro hac vice*)
Christopher D. Johnson (admitted *pro hac vice*)
Justin Strother (admitted *pro hac vice*)
2200 Post Oak Blvd., Suite 1000
Houston, TX 77056
Telephone: 713-333-5100
Facsimile: 713-333-5199
adiamond@diamondmccarthy.com
chris.johnson@diamondmccarthy.com
justin.strother@diamondmccarthy.com

*Attorneys for Archdiocese of San Francisco*
*Capital Assets Support Corporation*

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

Case: 25-03021   Doc# 198-2  Filed: 03/01/26  Entered: 03/01/26 15:29:31  Page 49
of 60

**PROOF OF SERVICE**

STATE OF TEXAS, COUNTY OF HARRIS

I am employed in the County of Harris, State of Texas. I am over the age of 18 and not a party to the within action; my business address is: 2200 Post Oak Blvd., Suite 1000, Houston, TX 77056.

On March 30, 2026, I served the foregoing document(s) described as:

**APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD**

on interested parties in this action, at the following address(es):

***SEE ATTACHED SERVICE LIST***

☒ **BY EMAIL:** I served a copy of the foregoing on the interested parties via email to their addresses for electronic service as specified in the Service List, or through an electronic service platform.

☐ **BY MAIL:** I enclosed ☐ originals / ☐ true copies of the same in sealed envelopes addressed as specified in the Service List.

☐ I deposited the sealed envelope for collection with the United States Postal Service, with the postage thereon fully prepaid.

☐ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage thereon fully prepaid.

☐ **BY OVERNIGHT:** I enclosed the foregoing in an envelope or package provided by an overnight delivery carrier and addressed to the persons stated in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

I declare under penalty of perjury under the laws of the State of Texas that the above is true and correct.

Executed on March 30, 2026 at Houston, Texas.

Catherine Burrow
[Print Name of Person Executing Proof]

*/s/ Catherine Burrow*
[Signature]

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

Case: 25-03021    Doc# 198-2 Filed 03/30/26 Entered 03/30/26 15:29:31 Page 50 of 60

**Registered Electronic Participants**

Peter C. Califano on behalf of Defendant Vallombrosa Retreat Center
pcalifano@nvlawllp.com

Robert M Charles, Jr on behalf of Defendant All Hallows Chapel
Robert.Charles@wbd-us.com

Daniel Lloyd Egan on behalf of Defendant Holy Cross Catholic Cemeteries
degan@wilkefleury.com

Gail S. Greenwood on behalf of Plaintiff The Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Ori Katz on behalf of Defendant The Roman Catholic Archbishop of San Francisco
okatz@sheppardmullin.com, LSegura@sheppardmullin.com

Jeannie Kim on behalf of Defendant The Roman Catholic Archbishop of San Francisco
jekim@sheppardmullin.com, dgatmen@sheppardmullin.com

Brittany Mitchell Michael on behalf of Plaintiff The Official Committee Of Unsecured Creditors
bmichael@pszjlaw.com

Paul J. Pascuzzi on behalf of Defendant The Roman Catholic Archbishop of San Francisco
ppascuzzi@ffwplaw.com, docket@ffwplaw.com

Kathleen Mary Derrig Rios on behalf of Defendant All Hallows Chapel
Katie.Rios@wbd-us.com

Julie H. Rome-Banks on behalf of Defendant Archbishop Riordan High School
julie@bindermalter.com

James I. Stang on behalf of Plaintiff The Official Committee Of Unsecured Creditors
jstang@pszjlaw.com

Jason D. Strabo on behalf of Defendant Sacred Heart Cathedral Preparatory
jstrabo@mwe.com, dnorthrop@mwe.com

APPELLANT'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Adv. Proc. No. 25-03021 |
| Plaintiff, | **COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE FILED BY APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| vs. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al., | |
| Defendants. | |

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee, the

Official Committee of Unsecured Creditors (the "Committee" or "Appellee") of The Roman

Catholic Archbishop of San Francisco (the "Debtor") hereby: (1) submits the following statement

of issue to be considered on appeal, and (2) designates the following additional items to be

included in the record for the appeal filed by Archdiocese of San Francisco Capital Assets Support Corporation (the "<u>Appellant</u>").[1]

### I. Statement of Issue to be Presented on Appeal

Appellee presents the following statement of issue to be considered on appeal:

1. Did the Bankruptcy Court abuse its discretion by determining that Appellant lacks a "significantly protectable" interest under Rule 24(a)(2) when Appellant's own Articles of Incorporation prohibit it from operating for the benefit of anyone other than the Debtor, the adversary proceeding seeks no relief from or against Appellant, and any interest Appellant claims is at most contingent and economic?

2. Did the Bankruptcy Court correctly determine that Appellant lacks an independent interest in the assets it holds when Appellant itself argues that a ruling on the divisions' assets would "necessarily encompass" assets held by CASC, which is an argument that, given the complaint neither names nor targets Appellant, is only coherent if Appellant holds those assets for the benefit of the divisions rather than as an independent owner?

3. Did the Bankruptcy Court abuse its discretion in ruling that six separate law firms representing the aligned interests of the litigation defendants that collectively share an identical goal as that of the Appellant – to defeat Appellee's complaint – adequately represented Appellant's interests?

4. Did the Bankruptcy Court abuse its discretion when it evaluated Appellant's motion under the correct four-part Ninth Circuit test, grounded its analysis in Appellant's own governing documents and Appellant's own description of its role, and correctly concluded that the relief sought in the complaint – a declaration regarding the civil legal status of the Archdiocese's operating divisions – does not implicate any interest of Appellant?

### II. Designation of Additional Items to be Included in the Record on Appeal

---

[1] The Appellant filed two notices of appeal regarding the Court's approval of the Debtor's Motion to Approve Compromise and Stipulation Modifying the Automatic Stay (the "<u>Motion</u>"): Docket Nos. 1341 and 1377.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

Appellee designates the following additional items to be included in the record on appeal, including all exhibits, appendices, and/or addenda:

### Items from Main Bankruptcy Case, Case No. 23-30564

| Item No. | Filing Date | Docket No. | Description |
| --- | --- | --- | --- |
| 1 | 08/21/2023 | 14 | Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and Debtor's Emergency Motions Filed by Debtor The Roman Catholic Archbishop of San Francisco |
| 2 | 08/21/2023 | 15 | Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and Debtor's Emergency Motions |
| 3 | 10/16/2025 | 78 | The Parishes Submission of Proposed Discovery Plan and Scheduling Order |
| 4 | 10/17/2025 | 79 | Declaration of James Stang in Support of The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate |
| 5 | 11/04/2025 | 91 | Notice of Stipulated Protective Order |
| 6 | 11/04/2025 | 92 | The Parishes Response to Memorandum Regarding Scheduling Conference on November 6, 2025 |

### Items from Adversary Proceeding Case, Case No. 25-03021

| Item No. | Filing Date | Docket No. | Description |
| --- | --- | --- | --- |
| 1 | 10/15/2025 | 76 | Joint Discovery Plan |
| 2 | 10/16/2025 | 77 | Proposed Trial Scheduling Order |
| 3 | 10/16/2025 | 78 | The Parishes Submission of Proposed Discovery Plan and Scheduling Order |
| 4 | 10/17/2025 | 79 | Declaration of James Stang in Support of The Official Committee of Unsecured Creditors' Motion for Authority to Commence, Prosecute, and |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | | | |
|---|---|---|---|
| | | | Settle Litigation Against Diocesan Affiliates on Behalf of the Bankruptcy Estate |
| 5 | 11/04/2025 | 91 | Notice of Stipulated Protective Order |
| 6 | 11/04/2025 | 92 | The Parishes Response to Memorandum Regarding Scheduling Conference on November 6, 2025 |
| 7 | 11/05/2025 | 93 | Status Conference Statement / The Official Committee of Unsecured Creditors' Status Conference Report |
| 8 | 11/05/2025 | 94 | Exhibit A & Exhibit B to The Official Committee of Unsecured Creditors' Status Conference Report |
| 9 | 11/05/2025 | 95 | Statement of Archbishop Riordan High School, Marin Catholic High School and Junipero Serra High School Regarding Court's Memorandum Regarding Scheduling Conference on November 6, 2025 |
| 10 | 11/05/2025 | 96 | Status Conference Statement The Roman Catholic Archbishop of San Francisco's Scheduling Conference Statement |
| 11 | 11/05/2025 | 97 | Response of Sacred Heart Cathedral Preparatory to the Court's Memorandum Regarding Scheduling Conference on November 6, 2025 |
| 12 | 11/05/2025 | 98 | Response to Memorandum Regarding Scheduling Conference on November 6, 2025 and Joinder. |
| 13 | 11/05/2025 | 99 | Status Conference Statement of Catholic Cemeteries of the Archdiocese of San Francisco |
| 14 | 12/22/2025 | 126 | Response of Non-Debtor Co-Defendants in Opposition to Committee's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law |
| 15 | 12/23/2025 | 129 | Amended Response of Non-Debtor Co-Defendants' in Opposition to Committee's Motion for Partial Summary Judgment on Affirmative Defenses Based on Canon Law |
| 16 | 01/08/2026 | 136 | Reply in Support of the Official Committee of Unsecured Creditors' Motion for Partial Summary Judgment on the Division Defendants' "Canon Law" Affirmative Defense |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4908-3353-5606.2 05068.002

4

55

| | | | |
|---|---|---|---|
| 17 | 01/08/2026 | 137 | Declaration of Gail S. Greenwood in Support of the Official Committee of Unsecured Creditors' Reply in Support of Its Motion for Partial Summary Judgment on the Division Defendants' "Canon Law" Affirmative Defense |
| 18 | 02/11/2026 | 155 | Amended Motion / The Official Committee of Unsecured Creditors' Amended Motion to Overrule Objections and to Compel Discovery Responses from the Roman Catholic Archbishop of San Francisco |
| 19 | 02/11/2026 | 156 | Declaration of Ayala A. Hassell in Support of the Official Committee of Unsecured Creditors' Amended Motion to Overrule Objections and to Compel Discovery Responses from the Roman Catholic Bishop of San Francisco |

### III.    Reservation of Rights

Appellee reserves the right to withdraw, supplement, amend or modify this designation of record on appeal.  This filing is made expressly subject to, and without waiver of any and all rights, remedies, challenges, and objections.


Dated:  April 9, 2026                    PACHULSKI STANG ZIEHL & JONES LLP

                                         By */s/ Brittany M. Michael*
                                             James I. Stang
                                             Gail Greenwood
                                             Brittany M. Michael
                                             *Attorneys for the Official Committee of Unsecured Creditors*

                                             -- and --

                                         BURNS BAIR LLP

                                             Timothy W. Burns
                                             Jesse J. Bair
                                             *Special Insurance Counsel for the Official Committee of Unsecured Creditors*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, CA 94104-4436
Email: jstang@pszjlaw.com
        bmichael@pszjlaw.com
        ggreenwood@pszjlaw.com

*Attorneys for The Official
Committee of the Unsecured Creditors*

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re | Case No. 23-30564 |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, | Chapter 11 |
| Debtor. | Adv. Proc. 25-03021 |
| THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| vs. | |
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al., | |
| Defendants. | |

STATE OF CALIFORNIA )
)
CITY OF SAN FRANCISCO )

I, Matt Renck, am employed in the city and county of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is One Sansome Street, 34th Floor, Suite 3430, San Francisco, CA 94104-4436.

On April 10, 2026, I caused to be served the following documents in the manner stated below:

- **COUNTER-DESIGNATION OF THE RECORD AND STATEMENT OF THE ISSUE FILED BY APPELLEE THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

4902-5038-0192.1 05068.002

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

| | |
|---|---|
| ☒ | TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):  Pursuant to controlling General Orders and LBR, the foregoing document was served by the court via NEF and hyperlink to the document.  On **April 9, 2026** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below |
| ☐ | (BY OVERNIGHT DELIVERY) By sending by FedEx and/or USPS Express Mail to the addressee(s) as indicated on the attached list. |
| ☐ | (BY MAIL) I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California, in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | (BY EMAIL) I caused to be served the above-described document by email to the parties indicated on the attached service list at the indicated email address. |

I declare under penalty of perjury, under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed on April 10, 2026 at San Francisco, California.

/s/ Matthew Renck
Legal Assistant

**VIA NEF List**

- **Gillian Nicole Brown**   gbrown@pszjlaw.com
- **Peter C. Califano**   pcalifano@nvlawllp.com
- **Robert M Charles**   Robert.Charles@wbd-us.com
- **Allan B Diamond**   adiamond@diamondmccarthy.com
- **Daniel Lloyd Egan**   degan@wilkefleury.com
- **Gail S. Greenwood**   ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Ori Katz**   okatz@sheppardmullin.com, LSegura@sheppardmullin.com
- **Jeannie Kim**   jkim@go2.law, wggllp@ecf.courtdrive.com
- **Mikayla Kutsuris**   mkutsuris@ffwplaw.com
- **Patrick Emerson McCormick**   patrick.e.mccormick@wbd-us.com
- **Brittany Mitchell Michael**   bmichael@pszjlaw.com
- **Paul J. Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kathleen Mary Derrig Rios**   Katie.Rios@wbd-us.com
- **Julie H. Rome-Banks**   julie@bindermalter.com
- **James I. Stang**   jstang@pszjlaw.com
- **Jason D. Strabo**   jstrabo@mwe.com, dnorthrop@mwe.com
- **Steven John Williamson**   swilliamson@wilkefleury.com


**VIA Email**

Felderstein Fitzgerald Willoughby Pascuzzi &
Rios LLP
Attn: Paul Pascuzzi, Esq.                                   ppascuzzi@ffwplaw.com

Sheppard Mullin
Attn: Ori Katz, Esq.                                           okatz@sheppardmullin.com
Amanda Cottrell, Esq.                                       acottrell@sheppardmullin.com
Susan Haines                                                    shaines@sheppardmullin.com

Weintraub Tobin
Attn: Paul Gaspari, Esq.                                    pgaspari@weintraub.com
475 Sansome Street, Suite 510
San Francisco, CA 94111
*Attorneys for Roman Catholic Archbishop of
San Francisco*

Womble Bond Dickinson
Attn: Robert Charles, Esq.                                 robert.charles@wbd-us.com
Katie Rios, Esq.                                                katie.rios@wbd-us.com
Patrick Emerson McCormick                             ppascuzzi@ffwplaw.com
*Attorneys for the Parishes (and Related
Parochial Schools) Listed on Exhibit A*

Wilke Fleury
Attn: Steven Williamson, Esq.                          swilliamson@wilkefleury.com
Daniel Egan, Esq.                                            degan@wilkefleury.com
*Attorneys for Catholic Cemeteries of the
Archdiocese of San Francisco*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4902-5038-0192.1 05068.002

Binder Malter Harris & Rome-Banks LLP
Attn: Julie Rome-Banks                          julie@bindermalter.com
Robert G. Harris                                rob@bindermalter.com
*Attorney for Archbishop Riordan High School,*
*Junipero Serra High School, and Marin*
*Catholic High School,*

McDermott Will & Emery
Attn: Lisa A. Linsky, Esq.                      llinsky@mwe.com
Christopher Ray, Esq.                           cray@mwe.com
*Attorney for Sacred Heart Cathedral*
*Preparatory*

Niesar & Vestal LLP
Peter C. Califano                               pcalifano@nvlawllp.com
Meha M. Raja                                    mraja@nvlawllp.com
*Counsel for Vallombrosa Retreat Center*

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
SAN FRANCISCO, CALIFORNIA

4902-5038-0192.1 05068.002                                        4