# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re:

**The Roman Catholic Archbishop of
San Francisco**

Bankruptcy Case No.: 23-30564 DM

**The Official Committee Of
Unsecured Creditors**

Adversary Proceeding No.: 25-03021 DM

v.                              Plaintiff(s)

**The Roman Catholic Archbishop of
San Francisco, et al.,**

District Court Appeal Case No.:
C26-02867 RFL

Defendant(s)
_____

## AMENDED CERTIFICATE OF RECORD

The undersigned Clerk of the U.S. Bankruptcy Court hereby certifies the record on appeal is complete and ready for transmission. The Designation of Content for Record on Appeal and Statement of Issues have been filed. The status of the transcripts are as follows:

Designated transcript(s) have been filed with this Court. Docket #: 149

No transcripts were requested by Appellant or Appellee.

Other:

Edward Emmons, Clerk
United States Bankruptcy Court

Date: April 22, 2026

By: /s/Monica Tartaglia

Monica Tartaglia,   Deputy Clerk