James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(Pro Hac Vice pending)*
Gail S. Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         bmichael@pszjlaw.com
         ggreenwood@pszjlaw.com

Attorneys for the Official Committee of
Unsecured Creditors

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>The Roman Catholic Archbishop of San Francisco,<br><br>    Debtor. | Case No. 26-cv-02867-RFL<br><br>Bankr. Case No. 23-30564 (DM)<br>Adv No. 25-ap-03021 (DM)<br>Chapter 11 |
| The Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation,<br><br>    Appellant,<br><br>    v.<br><br>The Official Committee of Unsecured Creditors of The Roman Catholic Archbishop of San Francisco,<br><br>    Appellee. | **STIPULATION AND PROPOSED ORDER EXTENDING DEADLINES REGARDING APPEAL** |

Appellant, the Archdiocese of San Francisco Parish, School and Cemetery Juridic Persons Capital Assets Support Corporation ("CASC"), and Appellee, the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 bankruptcy case (the "Committee") (CASC and the Committee collectively, the "Parties"), enter into this *Stipulation and Proposed Order Extending Deadlines Regarding Appeal* (the "Stipulation") and stipulate and agree as follows:

4904-1218-9350.2 05068.002

**RECITALS**

WHEREAS, on May 6, 2025, the Committee commenced adversary proceeding case number 25-ap-03021 by filing a complaint for declaratory relief, naming the Debtor and certain affiliated parishes, schools, cemeteries, and other entities as defendants;

WHEREAS, on December 15, 2025, CASC filed a *Motion to Intervene and Memorandum of Law* [Adv. Pro. Docket Nos. 111-12] ("Intervention Motion") requesting intervention in the adversary proceeding pursuant to Fed. R. Civil Proc. 24(a)(2) and made applicable by Fed. R. Bankruptcy Procedure 7024.  On January 2, 2026, the Committee filed an *Objection* to the Intervention Motion [Adv. Pro. Docket Nos. 133-34], and on January 8, 2026, CASC filed a *Reply* to the Intervention Motion [Adv. Pro. Docket No. 139];

WHEREAS, on January 15, 2026, the Bankruptcy Court held a hearing on the Intervention Motion and heard arguments by counsel for CASC and the Committee and thereafter took the matter under submission;

WHEREAS on March 4, 2026, the Court entered its *Order Denying Motion to Intervene* [Adv. Pro. Docket No. 179] ("Order") for the reasons stated therein;

WHEREAS, on March 17, 2026, CASC filed a *Notice of Appeal and Statement of Election* [Adv. Pro. Docket No. 185] to appeal the Order to this Court.  On March 30, 2026, CASC filed a *Statement of Issues and Designation of Record* [Adv. Pro. Docket No. 188], and on April 9, 2026, the Committee filed a *Counter-Designation of Record and Statement of the Issue* [Adv. Pro. Docket no. 193];

WHEREAS, on April 17, 2026, the Bankruptcy Court filed a *Transmittal of Record on Appeal to District Court* [Adv. Pro. Docket No. 198], which was subsequently amended and certified on April 22, 2026 [Adv. Pro. Docket Nos. 199-200];

WHEREAS, this Court issued a briefing schedule [Docket No. 2] ("Scheduling Order"), describing certain Case Management Events and Deadlines, including deadlines for the filing of principal briefs, response briefs, and reply briefs by CASC and the Committee;

WHEREAS, the Parties wish to extend the deadlines in the Scheduling Order for purposes of discussing a global settlement;

NOW THEREFORE, pursuant to Civil Local Rules 6-2 and 7-12, the Parties, by and through their undersigned counsel, hereby stipulate and agree:

1.    The Scheduling Order is amended to extend the last day for CASC to file its principal brief by approximately 120 days, until **September 21, 2026**.  All other dates are triggered by the filing of the appellant's brief and remain as stated in the Scheduling Order.

2.    Nothing herein shall prevent CASC from filing its principal brief earlier than the extended deadline provided that CASC gives 2-days written notice to Committee counsel in advance thereof.

3.    The Parties have not previously modified any dates or deadlines in this case.

4.    The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Stipulation.

Dated:  April 30, 2026                DIAMOND McCARTHY LLP

By _____
                                      */s/ Justin Strother*
                                      Christopher D. Johnson
                                      Justin Strother

                                      Attorneys for CASC

Dated:  April 30, 2026                PACHULSKI STANG ZIEHL & JONES LLP

By _____
                                      */s/ Gail S. Greenwood*
                                      James I. Stang
                                      Brittany M. Michael
                                      Gail S. Greenwood

                                      Attorneys for The Official Committee of
                                      Unsecured Creditors

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  _____, 2026

By _____
                                      SUPERIOR COURT  JUDGE
                                      Hon. Rita F. Lin

4904-1218-9350.2 05068.002                3